THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM B. WESTCOTT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) |
| THE HONORABLE | ) |
|   FRANCIS J. HARVEY, | ) |
| | ) |
| *Defendant*. | ) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Raymond Jewell Toney hereby moves this Court for admission to practice *pro hac vice* in the above-captioned case. In accordance with LCvR 83.2(c), the required declaration prepared by applicant accompanies this motion, along with a proposed order.

Respectfully submitted,

Raymond J. Toney
The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 661-459-0476


David P. Sheldon (D.C. Bar # 446039)
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, DC 20003
Tel: 202-546-9575
Fax: 202-546-0135

*Attorneys for Plaintiff*