## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM B. WESTCOTT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE HONORABLE )<br>   FRANCIS J. HARVEY, )<br>)<br>*Defendant*. )<br>_____) | Civil Action No. |

## **ORDER**

IT IS ORDERED, on his motion to practice *pro hac vice*, that Raymond Jewell Toney is hereby admitted to practice *pro hac vice* in the above captioned case.


Date: _____                              _____
                                                 United States District Judge