**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALCOLM BRUCE WESTCOTT,       :
                           :
      Plaintiff,        :
                           :
   v.                  : Civil Action No. 06-0293 (JR)
                           :
FRANCIS J. HARVEY, Secretary of :
the Army,                :
                           :
      Defendant.        :

<u>**ORDER**</u>

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Raymond J. Toney, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                     JAMES ROBERTSON
                        United States District Judge