# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT,<br>Colonel (ret.), USAR<br>516 Jaclyn Circle<br>McDonough, GA 30253<br><br>            Plaintiff,<br><br>  v.<br><br>THE HONORABLE FRANCIS J. HARVEY,<br>Secretary of the Army<br>Department of the Army<br>120 Army Pentagon<br>Washington, D.C. 20310-1020<br><br>            Defendant. | Civil Action No. 06-0293 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                          Respectfully submitted,

                                          _____/s/_____
                                          KEVIN K. ROBITAILLE
                                          Special Assistant U.S. Attorney
                                          Civil Division
                                          555 Fourth St., N.W.
                                          Washington, D.C.  20530
                                          202-353-9895  / FAX 202-514-8780