IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE FRANCIS J. HARVEY, )<br>Secretary of the Army )<br>Defendant. )<br>) | Civil Action No. 06-0293 (JR) |

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Army Board For Correction of Military Records. Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including July 10th 2006 within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due June 8, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Plaintiff through counsel consents to this motion.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney



_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney



_____/s/_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM BRUCE WESTCOTT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0293 (JR) |
| | ) |
| **THE HONORABLE FRANCIS J. HARVEY,** | ) |
| Secretary of the Army | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

Upon consideration of Defendant's enlargement of time within which to answer, move, or otherwise respond , and the Court having considered the entire record herein,

it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

FURTHER ORDERED that Defendants shall have up to and including July 10, 2006, to answer, motion or other response to the Complaint.

SO ORDERED.

_____
James Robertson
United States District Judge

Copies to:

Counsel for Parties via ECF