# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, ) | |
| ) | |
| *Plaintiff*, ) | . |
| ) | |
| v. ) | Civil Action No. 06-0293 (JR) |
| ) | |
| THE HONORABLE ) | |
| FRANCIS J. HARVEY, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

**PLAINTIFF'S FIRST CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER OR DISMISS**

　　Malcolm B. Westcott, Plaintiff, respectfully moves this Court for a 30-day enlargement of time in which to respond to Defendant's motion to dismiss and for summary judgment. Plaintiff's response is currently due on July 21, 2006. If this motion is granted, Plaintiff's response will be due on August 22, 2006.

　　Plaintiff makes this motion because Counsel for Plaintiff has a heavy docket including a petition for a writ of habeas corpus in the U.S. District Court for the Middle District of Florida, other federal court matters, and litigation before the U.S. Merit Systems Protection Board, Atlanta Regional Office.

　　Undersigned consulted with counsel for the Defendant who kindly consented to this motion.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)

Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net