# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MALCOLM BRUCE WESTCOTT,    )
    )
    *Plaintiff*,    )    .
    )
    v.    )    Civil Action No. 06-0293 (JR)
    )
THE HONORABLE    )
FRANCIS J. HARVEY,    )
    )
    *Defendant*.    )
_____)

## ORDER

Upon consideration of Plaintiff's consent motion for an enlargement of time in which to respond to Defendant's motion to transfer or dismiss , and the Court having considered the entire record herein,

it is, this _____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due by August 21, 2006.


SO ORDERED.


_____
United States District Judge