# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, ) | |
| ) | |
| *Plaintiff*, ) | . |
| ) | |
| v. ) | Civil Action No. 06-0293 (JR) |
| ) | |
| THE HONORABLE ) | |
| FRANCIS J. HARVEY, ) | |
| ) | |
| *Defendant*. ) | |
| _____) | |

**PLAINTIFF'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER OR DISMISS**

Plaintiff, through undersigned counsel, respectfully submits this motion for an enlargement of time in which to respond to Defendant's motion to transfer or dismiss. Plaintiff makes this motion because Defendant has not produced and filed the administrative record, as Plaintiff believes is required, and which Plaintiff needs to cite in responding to Defendant's dispositive motions and in support of Plaintiff's own motion for summary judgment.

Plaintiff's response to Defendant's motion to dismiss or transfer currently is due on August 22, 2006. Plaintiff respectfully requests an enlargement of 30 days. If this motion is granted, Plaintiff's response will be due on September 21, 2006. Plaintiff does not anticipate the need to file any additional requests for enlargement unless Defendant refuses to produce and file the administrative record, in which case Plaintiff will file a motion requesting that this Court order Defendant to produce and file the record.

Undersigned counsel consulted with counsel for Defendant who does not oppose Plaintiff's request for enlargement. His position at this time, however, is that he is not required to produce and file the administrative record.

Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw