**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0293 (JR) |
| FRANCIS J. HARVEY, Secretary of the Army, | : |
| Defendant. | : |

## ORDER

Plaintiff's second motion for extension of time to respond to defendant's motion to dismiss or transfer [11] is **granted**, but there will be no further extensions. Defendant will not be required to file the administrative record at this time: the issues presented by the motion do not depend upon and will not be illuminated by the contents of the administrative record.

JAMES ROBERTSON
United States District Judge