IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HONORABLE FRANCIS J. HARVEY, ) <br> Secretary of the Army ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 06-0293 (JR) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the Military Record Correction Statute, 10 U.S.C. §1552, challenging a decision of the Army Board For Correction of Military Records.   Defendant respectfully moves this Court for a ten (10) day enlargement of time through and including October 12th 2006, within which to Reply to Plaintiff's opposition to Defendant's Motion to Dismiss or to Transfer.  Good cause exists to grant this motion:

    1. Defendant's Reply is currently due October 2, 2006.

    2. Defendant has been diligently working on this matter; however, undersigned counsel has had to respond on short notice to two motions for emergency injunction pending appeal and therefore, defendant needs additional time to address the factual and legal claims raised by plaintiff.

    3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4. This is the first enlargement of time sought regarding this reply.

    5.  Undersigned counsel attempted to contact Plaintiff's counsel but has been unable to reach him.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Reply.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM BRUCE WESTCOTT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0293 (JR) |
| | ) |
| **THE HONORABLE FRANCIS J. HARVEY,** Secretary of the Army | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for Enlargement of time within which to reply, and the Court having considered the entire record herein,

it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

FURTHER ORDERED that Defendant shall have up to and including October 12, 2006, to file his reply.

SO ORDERED.

_____
James Robertson
United States District Judge

Copies to:

Counsel for Parties via ECF