IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN,[1] )<br>Secretary of the Army )<br>Defendant. )<br>)<br>) | Civil Action No. 06-0293 (JR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

.

                Respectfully submitted,

                _____/s/_____
                STEVEN M. RANIERI
                Special Assistant U.S. Attorney
                555 Fourth St., N.W.
                Room E4408
                Washington, D.C.  20530
                202-353-9895  / FAX 202-514-8780

---

[1] On March 10, 2007, the Honorable Pete Geren became the acting Secretary of the Army and is substituted for Francis J. Harvey pursuant to Fed. R. Civ. P. 25(d)(1).