IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALCOLM BRUCE WESTCOTT,<br><br>                    Plaintiff,<br><br>v.<br><br>THE HONORABLE PETE GEREN,[1]<br>Secretary of the Army<br>                    Defendant. | Civil Action No. 06-0293 (JR) |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552, challenging a decision of the Army Board For Correction of Military Records. The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties propose the following briefing schedule:

    1. Defendant's Motion for Summary Judgment and submission of Administrative Record due by May 11, 2007;

    2. Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by June 11, 2007;

    3. Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition due by June 25, 2007;

    4. Plaintiff's Reply to Defendant's Opposition due July 9, 2007; and

---

[1] On March 10, 2007, the Honorable Pete Geren became the acting Secretary of the Army and is substituted for Francis J. Harvey pursuant to Fed. R. Civ. P. 25(d)(1).

5. Defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions for summary judgment.

A proposed Order consistent with this Motion is attached.

>Respectfully submitted,
>
>_/s_____
>JEFFREY A. TAYLOR, D.C. Bar # 498610
>United States Attorney
>
>_/s_____
>RUDOLPH CONTRERAS D.C. Bar # 434122
>Assistant United States Attorney
>
>_/s_____
>STEVEN M. RANIERI
>Special Assistant U.S. Attorney
>555 Fourth Street, N.W.,
>Washington, D.C. 20530
>(202) 353-9895