IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM BRUCE WESTCOTT,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **THE HONORABLE PETE GEREN,** ) <br> Secretary of the Army ) <br> Defendant. ) <br> ) | Civil Action No. 06-0293 (JR) |

### ORDER

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by May 11, 2007;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by June 11, 2007;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by June 25, 2007;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due July 9, 2007; and

//

//

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

                                                _____
                                                James Robertson
                                                United States District Judge

Copies to:
Counsel for Parties via ECF