**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0293 (JR) |
| PETE GEREN, Acting Secretary of the Army, | : |
| Defendant. | : |

### ORDER

The parties' joint proposed briefing schedule [19] is **approved and so ordered**, and defendant's obligation to answer is **stayed** pending the Court's determination of the contemplated dispositive motions.  It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge