IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0293 (JR) |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| Acting Secretary of the Army ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, because there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law. In support of this motion, Defendant respectfully submits the attached memorandum of points and authorities, the Administrative Record filed contemporaneously with this motion, a statement of material facts not in genuine dispute, and a proposed order.

Respectfully submitted,

\_/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

\_/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,

        Washington, D.C. 20530
        (202) 353-9895

Of Counsel:
Captain Kevin McCart
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837