IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM BRUCE WESTCOTT,<br><br>                Plaintiff,<br><br>v.<br><br>THE HONORABLE PETE GEREN,<br>Acting Secretary of the Army<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0293 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

The Administrative Record consisting of 331 pages will be filed with the Clerk of the Court and served upon counsel for Plaintiff in electronic form on CD ROM rather than electronically via ECF, in accordance with Local Civil Rule 5.4(e)(1)(B). Although less then 500 pages, the electronically reproduced Administrative Record is too large to efficiently file electronically. A courtesy copy of the Administrative Record on paper will be provided to the Court.

Respectfully submitted,

/s
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895