IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM BRUCE WESTCOTT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0293 (JR) |
| ) | |
| **THE HONORABLE PETE GEREN,** ) | |
| Acting Secretary of the Army ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion for Summary Judgment. Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED.

This is a final, appealable order.

SO ORDERED.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Parties via ECF