## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MALCOLM BRUCE WESTCOTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0293 (JR)** |
| | ) | |
| **THE HONORABLE PETE GEREN,** | ) | |
| **Acting Secretary of the Army** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD

The administrative record was filed with the Clerk of the Court on May 14, 2007.

Defendant hereby submits the following supplemental administrative record consisting of 114

pages, comprising plaintiff's submission to the Department of the Army Suitability Evaluation

Board, with exhibits.


Respectfully submitted,


_____/s_____

STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895