distorted the facts of the case by failing to consider COL Westcott's actions within their proper context—the command structure of the OCAR and COL Westcott's limited role therein.

Indeed, the picture painted by the DAIG, perhaps unwittingly, strongly implicates LTG Plewes and a host of other senior officers in a grand conspiracy to benefit MG Baratz. After all, LTG Plewes obviously knew of MG Baratz' employment with SY Tech at the time he discussed the SLTP initiative with him, and was equally aware that MG Baratz had left the position of OCAR only months earlier. These facts should have raised for the DAIG the same ethical concerns that resulted in the extensive investigation into COL Westcott's actions. The DAIG, however, appeared completely unconcerned about the implications of LTG Plewes' knowledge and his own role in approving funding for a task order that directly benefited the former CAR. As two general officers of comparable rank who occupied the same billet in the Army Reserve, it is highly likely that LTG Plewes had worked with MG Baratz on prior occasions and knew him personally. The conclusion to be drawn here is that the DAIG obviously had its sights so closely trained on COL Westcott that it failed to consider the broader implications of the factual conclusions it drew.

### *Negligent Supervision of a TO Under Which MG Baratz Benefited*

A specific finding of fact underpinning the allegation that COL Westcott was negligent in the performance of his COTR duties was that he had been negligent in his supervision of a TO under which MG Baratz directly benefited financially. In the Summary of Facts, the ROI provides as evidence of COL Westcott's negligent conduct of his duties the fact that MG Baratz:

> worked 61 percent of the total hours that SY Tech billed under the TO for July 1998. ...SY Tech, in their quarterly performance summary, did not identify MG Baratz as a contributing member, nor was he identified in the TO plan (TOP) as a supporting SY Tech employee. COL Westcott's duties included monitoring the

contractor's performance and the quality of their work. The [Contracting Officer] depended on [COL Westcott's] input and verification of reports. …COL Westcott's testimony indicated he was unaware of MG Baratz being billed under this TO, and a paper trail was not established indicating that COL Westcott would necessarily have known that MG Baratz was billed under the TO. This unawareness indicated COL Westcott's lack of supervision for TO# 98-246 execution. (Emphasis added.) ROI, at p. 5.

To underpin this finding, the ROI concluded that it was "unreasonable that a specific contractor, MG Baratz, who provided almost 60 percent of the service oriented work effort over a 3-month period, would not be known to [COL Westcott]. This was especially true because COL Westcott identified MG Baratz as his mentor and they had a close personal relationship." (Emphasis added.) ROI, at p. 5.

The purely inferential nature of this claim is obvious, and its validity is undermined by the finding of the DAIG investigators that "a paper trail was not established indicating that COL Westcott would necessarily have known that MG Baratz was billed under the TO." (Emphasis added.) The DAIG went on to apply a double standard, arguing on the one hand that there was no documentary evidence to indicate that COL Westcott necessarily should have known that MG Baratz was involved in the billing for the TO, while on the other hand citing as evidence of COL Westcott's negligence the fact that he did not know of MG Baratz' involvement in the TO.

The logic of the DAIG's position can be outlined as follows: 1) no documentary evidence existed to show that COL Westcott necessarily would have known of MG Baratz's involvement in the TO (clearly leaving open the possibility that he did not know); 2) therefore, it cannot be concluded that he in fact did know of his involvement (COL Westcott testified under penalty of perjury that he had no such knowledge); 3) because of COL Westcott's relationship with MG Baratz, however, it was considered highly unreasonable that he would not have had such

knowledge; and 4) because he did not have such knowledge, he was negligent in his supervision of the contract. This is a classic *non-sequitur*.

On the basis of such self-serving, convoluted reasoning, COL Westcott was found to have been negligent in supervising the TO at issue. This reasoning also provided the basis for General Keane's conclusion that COL Westcott "did not adequately monitor a SY Tech billing that did not properly reflect the significant hours that your former boss had worked on the project." The fundamental error with this approach is that the facts clearly do not support the ultimate conclusion of the DAIG and the LOR. The DAIG stated unequivocally that it had no evidence that COL Westcott knew of MG Baratz' work under the TO. The only evidence it offered was the inference of COL Westcott's improper relationship with MG Baratz. Even if the inference were true, such evidence standing alone is insufficient to meet the preponderance of evidence standard. Indeed, the reasoning of the DAIG does not hold up to even cursory scrutiny, as shown above. Rather, this is a classic example of investigators attempting to obfuscate inconvenient facts through contortions of logic. Because the facts themselves did not support the investigator's preordained conclusions, which they plainly did not, the investigators turned to inference to support their construction of reality.

### *Failure to Adequately Monitor and Report SLTP Activity*

The second finding of fact on which the DAIG concluded that COL Westcott had acted improperly was reached using the same inference, and was based on a blatantly incorrect understanding of the facts. The allegation here was that COL Westcott reviewed and approved a Task Order Plan ("TOP") under which MG Baratz was designated a principal provider of services. SY Tech's delivery of a Senior Leadership Training Program (SLTP) to senior officers in the Army Reserve was a significant part of the TO that resulted from the TOP. It was alleged

that COL Westcott did not address the SLTP training in a January, 1999 quarterly report he prepared on SY Tech's performance, and stated that he was unaware of a SLTP training that was conducted in November, 1998. The general implication was, therefore, that COL Westcott intentionally covered up the fact that MG Baratz was conducting the SLTP training, somehow to MG Baratz' personal gain.[6] The DAIG concluded that:

> COL Westcott should have been attentive and monitored the SLTP because of command involvement and because that was his COTR duty. SLTP was identified as one of the work products (deliverables) that SY Tech was to deliver in their TOP, which was approved by COL Westcott. The SLTP was a major cost factor on this TO. COL Westcott failed in his COTR duties by not monitoring/evaluating ST Tech's performance, and by not being aware of a contract deliverable. (Emphasis added.)

To support this conclusion, the DAIG stated "[i]t was considered unreasonable that COL Westcott would not have known of the first SLTP session—a session taught by MG Baratz. This was especially true because of COL Westcott identifying MG Baratz as his mentor and they had a close relationship. In addition, the current CAR recognized SLTP as a major training deficiency amongst USAR leaders." (Emphasis added.) ROI, at p. 6.

As COL Westcott testified, however, his role in the TOP in question was limited to preparing a general Statement of Work ("SOW") that addressed the need for training for senior Army Reserve officers, in pursuit of objectives specifically identified by LTG Plewes. The SOW was a precursor to that eventually prepared for SY Tech to undertake, yet did not involve MG Baratz or SY Tech specifically, and was not prepared with them in mind. In fact, at the time he

---

[6] It is entirely unclear what motive COL Westcott would have had in doing so. LTG Plewes clearly was aware of MG Baratz' involvement and had personally approved the SLTP initiative and directed the funding for the initiative. Numerous other OCAR officials also were involved in the initiative. From whom, then, was COL Westcott hiding this information?

drafted the SOW, COL Westcott was unaware of MG Baratz' involvement with the initiative. As COL Westcott testified:

> [s]o when I've testified that I didn't do the actual Statement of Work for senior leader training, I in fact did not. What I did was I did the [precursor] for it. ...I set the stage for a conceptual construct that may or may not have let as SY Tech. It may or may not have been run by General Baratz. But it was something in the minds of all the people who were running the Army Reserve. All of us. ROI, Exhibit B, at p. 56.

Furthermore, COL Westcott was not aware of the first SLTP training session and had very little involvement in the initiative overall. COL Westcott certainly was not the designated COTR on the project, as the DAIG and the LOR presumed. The COTR was COL William T. Lee. COL Lee stated that during his tenure as COTR for the SLTP initiative, "[I] never received any questions or concerns from anyone regarding the performance of this contract, either during my tenure as Training Division Chief or after. <u>During my tenure as the COTR for the SLTP, I never discussed the program with Colonel Westcott nor was his name ever mentioned in connection with the contract, its funding or its execution.</u>" (Emphasis added.) Exhibit 37.

Thus, the DAIG and General Keane clearly overstated COL Westcott's involvement in the TO covering the SLTP initiative, and incorrectly identified COL Westcott as being the COTR for the TO. Even if the facts alleged by the DAIG were true as stated, the DAIG again was required to employ the inference that COL Westcott had an improper personal relationship with MG Baratz to support its ultimate conclusion that COL Westcott used his position to advance the personal interests of MG Baratz. Such distortions of fact demonstrate either incompetence on the part of the DAIG investigators or a clear intent to construct a case against COL Westcott despite contrary evidence, or perhaps both.

The DAIG's erroneous conclusion on this point also was reflected in General Keane's LOR, in which he stated:

> [y]our perfunctory approach to your duties gave rise to the appearance that your loyalties lay less with the U.S. Army and more with your former boss. …You failed to note in your January 1997 quarterly performance evaluation a senior leadership training seminar—a key aspect of the task order—that your former boss developed and presented." (Emphasis added.)

Once again, it cannot be concluded that the preponderance of the evidence supported the finding that COL Westcott was negligent in the performance of his duties. COL Westcott was not the COTR for the TO involving the SLTP initiative. COL Westcott was not involved in drafting the SOW for the SLTP initiative as ultimately implemented by SY Tech. Nor was COL Westcott made aware until much later that MG Baratz was leading the SLTP trainings. By that time, he had moved on to his position as Director of Force Programs and was uninvolved in the supervision of the relevant TO. That task was left to William Lee and Max Delgado, the COR for the TO.

An additional concern here is that the DAIG never questioned COL Westcott directly about his failure to address SLTP in his 1998 quarterly report. As noted, AR 20-1 requires that the subject of an investigation be apprised of the allegations and afforded an opportunity to respond to them. In this instance, an allegation appeared in the ROI and LOR that COL Westcott had never been confronted with nor afforded an opportunity to address. This is a fundamental violation of COL Westcott's procedural rights under AR 20-1.

### *Preparation of SY Tech Performance Evaluations*

The final finding of fact on which the DAIG based its conclusion that COL Westcott was negligent in the performance of his duties involved COL Westcott's allegedly "perfunctory

approach to all of SY Tech's performance evaluations." ROI, at p. 6. Specifically, it was alleged that COL Westcott "permitted the contractor to draft its own performance appraisal, which compromised the integrity of the awards fee board system. He should have provided input and personally approved all of SY Tech's performance evaluations." (Emphasis added.) ROI, at p. 7.

The sole factual basis for this conclusion appears to have been statements by two of COL Westcott's subordinates, COL Fields and Ray Meadows, who stated to the DAIG that they were not involved in drafting the performance evaluations at issue. In his interview with COL Westcott, the DAIG investigator stated, "Sir, I do have evidence that neither one of those participated in writing the verbiage" of the evaluations. ROI, Exhibit B, at p. 15.

Beyond the statements referred to by the investigator, however, insufficient information was put forth by the DAIG to demonstrate by a preponderance of the evidence that COL Westcott had allowed SY Tech officials to prepare their own evaluations, much less that he had done so with the specific intent of permitting MG Baratz or other former Army officers to obtain personal advantage at the expense of the Army. When asked whether he allowed SY Tech to prepare its own evaluations, COL Westcott responded, "I don't believe so. I mean I just don't know." ROI, Exhibit B, at 15. Contrary evidence, however, in the form of a sworn statement prepared by the Vice President of SY Tech was provided to General Keane in which it was categorically denied that SY Tech officials prepared their own evaluation reports. Exhibit 38, Statement of Keith L. Skidmore, Vice President, Sy Tech.

The DAIG also distorted the testimony of COL Westcott when it stated, "COL Westcott testified that he did not know who produced SY Tech's performance evaluation reports." (Emphasis added.) What COL Westcott did say was "I produced some of the [evaluations]. Back in the original ones, I did it myself. But it—again, as this became sort of routine and redundant,

it's possible, I mean I would ask for a quarterly report or a monthly report. At this time I was more interested in the hours expended and the money than I was with that." ROI, Exhibit B, at p. 15.

From an evidentiary standpoint, then, what COL Westcott did admit was that he did not produce all of SY Tech's performance evaluations, and that other individuals produced some of them. He did not admit that he had allowed SY Tech to prepare its own evaluations. And as noted, SY Tech prepared a statement in which it denied ever having done so. The evidence indicates, however, that the DAIG failed to inquire of SY Tech on this crucial point during its investigation. Moreover, had the DAIG advised COL Westcott of the specifics of the allegations in a timely manner, COL Westcott and his counsel could have obtained and submitted statements during the investigation from SY Tech and OCAR officials involved in the TO. Again, this is powerful evidence of the prejudice that COL Westcott suffered as a result of the DAIG violations of his procedural right to timely notice and response.

Thus, the DAIG neither sought nor obtained corroborating evidence from the company alleged to have prepared its own evaluations. Moreover, the DAIG produced no documentary evidence demonstrating, or even tending to suggest, that SY Tech officials prepared the evaluations. The DAIG produced no e-mails, computer files, hard copy drafts of the evaluations, or any other materials as evidence to support its case against COL Westcott on this point. In sum, no evidence was generated that demonstrated on the balance of probabilities that COL Westcott had allowed SY Tech officials to prepare their own evaluations, and much less that this had affected the performance awards SY Tech received.

At best, then, the available evidence was ambiguous and directly contradictory, and therefore did not meet the preponderance of evidence standard required for finding that the

allegation was substantiated. The DAIG, however, ignored this reality and drew the definitive conclusion that "COL Westcott permitted the contractor to draft its own performance appraisal, which compromised the integrity of the awards fee system." ROI, at p. 7. This conclusion was a gross misrepresentation of the available evidence and therefore unfounded.

Once again, the LOR repeated this erroneous finding of fact verbatim. General Keane stated, "[f]inally, and most troubling, you allowed SY Tech representatives to prepare and submit their own evaluations. Because these evaluations affected their payments under the task order, you effectively allowed SY Tech to write its own check." There simply was no basis in fact for this unequivocal conclusion. Had the DAIG correctly recognized and stated in its ROI that the evidence on this point was ambiguous, there would have been no grounds for substantiating the claim and the LOR could not have referred to this matter at all. This would have removed the most damning allegation contained in the LOR, and no doubt would have prevented its issuance, or would have limited it to the restricted portion of COL Westcott's OMPF.

### *Inclusion of OERs in the ROI*

Finally, the cavalier approach of the DAIG to the evidence in this case is starkly illustrated by the inclusion in the ROI of the OERs for which MG Baratz served as COL Wescott's rater (the OER's were listed under Exhibit F of the ROI). The obvious intent of the DAIG in doing must have been to bolster its theory of the case—that COL Westcott had a improper personal relationship with MG Baratz and therefore would place MG Baratz' own personal interests above those of the Army—with tangible evidence of this relationship.

The disingenuous nature of this tactic is striking, and it is highly disturbing that the DAIG would stoop so low in its effort to discredit COL Westcott and MG Baratz. Without a scintilla of objective evidence to support its position, the DAIG concluded that COL Westcott's relationship

with MG Baratz was personal to the point of being improper. The DAIG then sought to substantiate its unfounded position with OERs prepared by MG Baratz. The presumption obviously was that because the OERs were so favorable to COL Westcott, they must be evidence of the improper personal relationship that existed between the two officers.

The DAIG's reasoning here is bankrupt. What the DAIG failed to account for was the fact that the OERs were not materially different than those COL Westcott received from previous raters in entirely different commands from the time he began his Army service as a 2LT. In other words, there were no objective factors that could be used to distinguish COL Westcott's OERs under MG Baratz from those he received from previous raters. Indeed, COL Westcott's stellar performance over the course of his Army career was the strongest possible predictor of his performance under MG Baratz and subsequently. Those performances matched perfectly. COL Westcott always performed brilliantly. Thus, the only factors that conceivably could distinguish MG Baratz' evaluations of COL Westcott from those of other officers were the biases formed by the DAIG investigators in their dogged pursuit of the allegations against COL Westcott and MG Baratz. The inevitable conclusion is that subjective bias led the investigators to conclude that the OERs reflected an improper relationship between the two officers.

This ill-founded presumption, which underpinned all of the DAIG's conclusions in this case, also were directly reflected in General Keane's LOR. As noted previously, the LOR opened with the statement that "[y]ou and the former Chief, Army Reserves (CAR), had a long-standing professional and personal relationship. He was your senior rater from 1993 through 1998, except during your assignment to the Army War College." The stage thereby was set for the inferences that served as the glue holding together the unfounded or weakly founded allegations of fact suggesting that COL Westcott had acted negligently in the performance of his duties. Without

these inferences, the Army's theory of the case unravels, and proves nothing more than what the CID, the Department of Justice, and even the DAIG ultimately established: that neither COL Westcott nor MG Baratz violated any laws and in fact had conducted themselves in a wholly ethical manner throughout.

### *Conclusion*

This case really is about two things: COL Wesctott's character, integrity, and honesty; and the integrity of the DAIG's investigation and conduct. As his military performance history and the 12 attached statements (Exhibit 39) from senior military officers demonstrate, COL Westcott is a man of the highest moral, ethical, and professional caliber. Furthermore, he and MG Baratz were cleared of any criminal or ethical wrongdoing after an exhaustive and time-consuming CID investigation and, in MG Baratz' case, consideration by a federal grand jury.

Not satisfied with their failure to establish any wrongdoing on the part of the two officers, the Army launched a DAIG investigation of COL Westcott based on flimsy allegations of "negligence," without even stating what criteria it employed to assess whether his conduct was negligent. In their unrelenting pursuit of COL Westcott, the DAIG ignored its legal and ethical duties to conduct the investigation in a fair, impartial, and non-adversarial manner. As a result, the Army denied COL Westcott his most fundamental procedural rights, to his extraordinary detriment.

COL Westcott has suffered a grave injustice—indeed, a miscarriage of justice—that fully warrants the granting of the relief requested. As a result of the Army's failure to adhere to the laws and regulations governing DAIG investigations and the delay of an officer's promotion, COL Westcott has suffered extreme humiliation. But most disturbing to COL Westcott is the fact that his stellar personal and professional reputations were severely tarnished. In addition to the

damage to his reputation, he lost the opportunity to serve our nation as a General Officer, a position he earned through hard work and absolute devotion to the Army and our national defense. The Army, though it plays an essential role in our society, is not above the law, and cannot be permitted to ride roughshod over the rights of servicemembers, as certainly occurred here. This Board should grant COL Westcott the relief requested.

Respectfully submitted,

Raymond J. Toney
Attorney for Applicant

Law Offices of David P. Sheldon
512 8th Street, S.E.
Washington, D.C. 20003
Tel: 202-546-9575
Fax: 202-546-0135

KGB 12-23-9? ?

81028-22   ?   FILE OMPF 2041PREO

SEE PRIVACY ACT STATEMENT
OF DA FORM 67-8-1

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME, FIRST NAME, MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. DESIGNATED SPECIALTIES | f. PMOS/AOC | g. BR/CLASS |
|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM B. | | LTC | 91 06 14 | MS  67H | | 51978 |

| h. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | i. REASON FOR SUBMISSION | j. CMND CODE |
|---|---|---|
| ASGD: USAR CTRL GP (AGR) ARPERCEN UIC: W4H001 ATCH: HQDA ARSC ARLINGTON, VA 22209-1808 | 03   Change of Rater   C | SU |

| k. PERIOD COVERED | | l. NO. OF MONTHS | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|
| FROM | THRU | | | | | |

**PART II - AUTHENTICATION** (Rated officer must sign in PART I date and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| ROSE, HAROLD G. | | Harold Rose |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| LTC, IN, HQDA, ARSC, CHIEF, FORCE INTEGRATION OPERATIONS OFFICE | | 12 Sep 91 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| SHAW, RALPH A. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| LTC, GS, HQDA, OCAR, CHIEF, FORCE MOD/MOB/FORCE STRUCTURE DIV | | 17 Sep 91 |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| BULTMAN, ROGER C. | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | DATE |
|---|---|---|
| BG, GS, HQDA, DCAR | | 22 Jan 92 |

| d. SIGNATURE OF RATED OFFICER | e. DATE | f. DATE ENTERED ON DA FORM | g. RATED OFFICER MPO INITIALS | h. SR MPO INITIALS | i. MPO OF INCL |
|---|---|---|---|---|---|
| Malcolm Bruce Westcott | 12 AUG 91 | 920205 | | | |

**PART III - DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE  CHIEF, ORGANIZATION INTEGRATION SECTION   b. SSI/MOS  50A00

c. REFER TO PART III, DA FORM 67-8-1.   Serve as the Chief, OI Section for the CAR. Supervise the activities of eleven field grade officers who represent the USAR at DA, DOD, and JCS level on all force structure, modernization and mobilization issues. Manage the continuous analysis of current and projected force structure and the impact of stationing and readiness on the USAR force. Make recommendations to the CAR in support of the TAA force structure process. Provide guidance and direction to OIs on all DA DCSOPS actions to include VCSA directed FAA and FVCs. Advise and recommend to the C, FIO and C, FMF on policy and other significant matters in the area of Force and Organizational Integration. Support OCAR, the DA Staff, and other agencies through coordinating the activities and analysis of SRC functional area experts to include the development of TDAs and MTOEs. Serve as project manager or team member as assigned.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

| a. PROFESSIONAL COMPETENCE | | HIGH DEGREE | | | LOW DEGREE | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | | | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | | | | | | |
| 3. Maintains appropriate level of physical fitness  PASS 91.05 | | | | | | |
| 4. Motivates, challenges and develops subordinates | | | | | | |
| 5. Performs under physical and mental stress | | | | | | |
| 6. Encourages candor and frankness in subordinates | | | | | | |
| 7. Clear and concise in written communication | | | | | | |
| 8. Displays sound judgment | | | | | | |
| 9. Seeks self improvement | | | | | | |
| 10. Is adaptable to changing situations | | | | | | |
| 11. Sets and enforces high standards | | | | | | |
| 12. Possesses military bearing and appearance: 71/196 YES | | | | | | |
| 13. Supports EO/EEO | | | | | | |
| 14. Clear and concise in oral communication | | | | | | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| | |
|---|---|
| 1. DEDICATION | a.1.  A definitely unique ability |
| 2. RESPONSIBILITY | a.2.5.  Grasps complex issues quickly while operating well under pressure. |
| 3. LOYALTY | a.7.14.  Superb written and oral communicator, an example for his peers. |
| 4. DISCIPLINE | b.1.3.4.  Totally dedicated, loyal without question, highly disciplined. |
| 5. INTEGRITY | b.7.  Mission is always paramount. |
| 6. MORAL COURAGE | b.2.  Totally dependable, completely unselfish with his time and efforts to |
| 7. SELFLESSNESS | insure the job is accomplished. |
| 8. MORAL STAND- ARDS | b.8.  Portrays the highest of moral standards. |

DA FORM 67-8   REPLACES DA FORM 67-7, 1 AUG 79, WHICH IS OBSOLETE, 1 NOV 79.   US ARMY OFFICER EVALUATION REPORT

920205

CERTIFIED TRUE COPY

RCB 12-a

**PART IV – PERFORMANCE AND POTENTIAL EVALUATION**

a. RATED OFFICER'S NAME WESTCOTT    MALCOLM B.

b. PERFORMANCE DURING THIS PERIOD. REFER TO PART III, DA FORM 67-8-1 AND PART IV, c. AND e. DA FORM 67-8-1

☒ ALWAYS EXCEEDED REQUIREMENTS  ☐ USUALLY EXCEEDED REQUIREMENTS  ☐ MET REQUIREMENTS  ☐ OFTEN FAILED REQUIREMENTS  ☐ USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART IV a. AND PART III e.b. AND c. DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.  Lieutenant Colonel Malcolm B. Westcott has performed all his duties in a flawless

unraveling the complexities of the force integration process. This led to better command control of USAR units during a most difficult period. He insisted on only the highest quality product from his subordinates. During my absence, I could rely on him without hesitation. Due to his initiative, professional ability, and foresight, LTC Westcott was instrumental in saving over 4760 spaces from being lost from the USAR force structure during the TAA process. During Operation Desert Shield/Storm LTC Westcott was instrumental in establishing the USAR methodology which validated selected USAR units. He was responsible to provide on demand analysis and recommendations to the Crisis Action Team ensuring the best possible USAR units were selected and deployed. His exceptional competency and devotion to duty had an immeasurable impact on this agency. Top notch officer in all respects, among the very best within the AGR program.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

☒ PROMOTE AHEAD OF CONTEMPORARIES  ☐ PROMOTE WITH CONTEMPORARIES  ☐ DO NOT PROMOTE  ☐ OTHER (Explain below)

e. COMMENT ON POTENTIAL  Select LTC Westcott for the next SSC. LTC Westcott should be groomed for joint staff or the Offices of the Secretary of Defense. LTC Westcott has unlimited potential and would be suitable for any assignment in the Department of Defense.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

LTC Bruce Westcott is one of the most competent officers I know. He is a team player who always produces quality Army level staff work. On numerous occasions the Surgeon General of the Army has sought his personal view on several key issues. Strongly recommend immediate promotion to Colonel and selection for the Senior Service College.

**PART VII – SENIOR RATER**

a. POTENTIAL

CMC 0504
ERGPES LTC

| SR | | |
|----|----|----|
| X | 32 | WESTCOTT MALC |
| | 34 | SSN |
| | 19 | SR: BG |
| | 8 | BULTS |
| | 0 | |
| | 0 | 19920206 |
| | 0 | |
| | 0 | 1 19920127 |
| | 0 | RATED 94 |

b. COMMENTS  LTC Westcott, as chief of the organization integration section, took charge of nine action officers who are the backbone of OCAR's FME division. He demanded and received quality products in a timely manner which allowed OCAR to represent the USAR from the strongest position possible. LTC Westcott developed procedures to increase productivity while maintaining the personal and professional development of his subordinates. LTC Westcott is one of the top officers in the USAR AGR program. I recommend that he be retained in the AGR program and selected for Senior Service College now. Unlimited potential; promote at the earliest opportunity ahead of his peers, he can perform as a colonel now.

c. A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW.
☒ YES  ☐ NO (Explain in b)

CERTIFIED TRUE COPY

ON DA FORM 67-8-1

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME FIRST NAME MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (B?) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| WESTCOTT MALCOLM B | ███ | LTC | Year 91 Month 06 Day 14 | MS | 67H | | 51978 |

i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND

ASGD: USAR CTRL GP (AGR) ARPERCEN UIC:W4M001
ATCH: HQDA ARSC ARLINGTON VA 22209-1808

j. REASON FOR SUBMISSION  03  Change of Rater

k. COMD CODE  SU

| k. PERIOD COVERED | | | | | | l. NO. OF MONTHS | m. MILPO CODE | n. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | 5 | MD01 | ☐ 1. GIVEN TO OFFICER  ☒ 2. FORWARDED TO OFFICER  920511 | |
| 91 | 08 | 13 | 92 | 01 | 04 | | | | |

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

a. NAME OF RATER (Last, First, MI)
SHAW RALPH W

SSN ███

SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
LTC,GS,OCAR,CHIEF,FORCE STRUCTURE/MOBILIZATION/MOD DIVISION

DATE 17 Apr 92

b. NAME OF INTERMEDIATE RATER (Last, First, MI)

SSN – –

SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT

c. NAME OF SENIOR RATER (Last, First, MI)
BULTMAN ROGER C

SSN ███

SIGNATURE

DATE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
BG, USA, HQDA OCAR, DEPUTY CHIEF, ARMY RESERVE

DATE 21 Apr 92

d. SIGNATURE OF RATED OFFICER

DATE 16 Apr 92

e. DATE ENTERED ON DA FORM 75- 920511

f. RATED OFFICER MPO INITIALS

g. SR MPO INITIALS

h. NO. OF INCL

**PART III – DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE  CHIEF, FORCE INTEGRATION OPERATIONS OFFICE

b. SSI/MOS  50A00

c. REFER TO PART IIIa, DA FORM 67-8-1

CHIEF, Force Integration Operations Office, Army Reserve Support Center, aligned as a branch of FMF, Office, Chief Army Reserve. Supervising ADP/Admin, Organizational Integration, System Integration, and Plans/Operation sections, consisting of twenty-two commissioned officers, and five non-commissioned officers. Responsible for technical support to FMF Div, OCAR, in the Total Army Analysis and Force Structure process. Develop the USAR position in support of the HQDA centralized documentation process, and for HQDA Functional Reviews and Functional Area Assessments. Assist action officers in resolving controversial issues that impact on force structuring, stationing and readiness of USAR units. Principal Force Integrator for the USAR.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

| | HIGH DEGREE | | LOW DEGREE | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | |
| 3. Maintains appropriate level of physical fitness  PASS 91 11 | 1 | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | |
| 5. Performs under physical and mental stress | 1 | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | |
| 7. Clear and concise in written communication | 1 | | | |
| 8. Displays sound judgment | 1 | | | |
| 9. Seeks self improvement | | | | 1 |
| 10. Is adaptable to changing situations | | | | 1 |
| 11. Sets and enforces high standards | | | | 1 |
| 12. Possesses military bearing and appearance  71/191 YES | | | | 1 |
| 13. Supports EO/EEO | | | | 1 |
| 14. Clear and concise in oral communication | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| | |
|---|---|
| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | 5a. During intense questioning by members of Congress about USAR reductions, LTC Westcott never lost his composure.  10a. Exceptionally noteworthy.  5b. Above reproach. |

DA FORM 67-8  1 SEP 79  REPLACES DA FORM 67 ..., 1 JAN 73 WHICH IS OBSOLETE 1 NOV 79

US ARMY OFFICER EVALUATION REPORT

CERTIFIED TRUE COPY

PERIOD COVERED  01/08/13 TO 02/01/04

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME  WESTCOTT MALCOLM B    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    ☐ YES  ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD  REFER TO PART II, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| [X] ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE  REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL

LTC Westcott has been a mainstay of this division during the rating period. He has been responsible for the day to day operation of the largest branch in the agency while at the same time he supervised the development of the USAR force for the next eight years. LTC Westcott was directly responsible for the USAR portion of the Total Army Analysis (TAA). He developed the methodology for resourcing TAA which preserved the USAR force to the maximum extent possible. He is an acknowledged expert in the force structure arena and his advice is highly valued by his peers and superiors alike. LTC Westcott is calm and self-assured in the most tumultuous times. He is forthright and forthcoming in his dealings with others. He can be relied upon to do the right thing when the choices are tough. In summary, LTC Westcott is the type of individual who is in demand for the first team.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |

e. COMMENT ON POTENTIAL

LTC Westcott has proven his ability to perform at higher levels of responsibility. Promote him now and select for Senior Service College. He is a high quality officer and top performer. The future of the USAR is dependent on officers like him.

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTEN  CMC    SS T
SR  ETCFED LTC
[X]  81 WESTCOTT MALC
4. SSN
2c    SP: BG
9 BULTMAN ROGER

19930217

19920421
RATED 131

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW  [✓] YES  ☐ NO (Explain on b)

b. COMMENTS

LTC Westcott's performance has been flawless. He has a keen analytical mind and is able to provide well thought out solutions to some of the Army's most complex force integration problems. Additionally, his leadership skills are exceptionally noteworthy. He has demonstrated excellent composure under great stress. His work during Desert Shield/Storm made a difference and contributed to its success. This officer should be retained in the AGR program and assigned the most challenging jobs--he will make them look easy. LTC Westcott should be selected for senior service college now and be promoted to colonel far ahead of his peers.

CERTIFIED TRUE COPY

Government Printing Office: 1989-261-871/02582

FILE COPY 3015PREQ

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1*

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

1922111305*5*

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| WESTCOTT MALCOLM B | | LTC | 91 | 06 | 14 | MS | 67H00 | . | 51978 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. CMD CODE |
|---|---|---|
| ASGD: USAR CTRL GP (AGR) ARPERCEN UIC: W4M001 ATCH: HQDA ARSC ARLINGTON, VA 22209-1808 | 04  PCS | C / SF |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | ☐ 1. GIVEN TO OFFICER | |
| Year | Month | Day | Year | Month | Day | 8 | MD01 | ☑ 2. FORWARDED TO OFFICER 921109 | |
| 92 | 01 | 05 | 92 | 08 | 31 | | | | |

q. EXPLANATION OF NONRATED PERIODS

---

BRAUTIGAN, ROGER L     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  ☐  *Roger L Brautigan*

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
COL, GS, HQDA OCAR, CHIEF, OPERATIONS DIVISION                DATE 16 Sep 92

b. NAME OF INTERMEDIATE RATER *(Last, First, MI)*     SSN        SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT

c. NAME OF SENIOR RATER *(Last, First, MI)*     SSN        SIGNATURE        DATE
BULTMAN, ROGER C

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
BG, USA, HQDA OCAR, DEPUTY CHIEF, ARMY RESERVE              DATE 20 OCT 92

d. SIGNATURE OF RATED OFFICER    DATE 31 Aug 92    e. DATE ENTERED ON DA FORM 2-1 921109   f. RATED OFFICER MPO INITIALS   g. SR MPO INITIALS   h. NO. OF ENCL

**PART III — DUTY DESCRIPTION** *(Rater)*

| a. PRINCIPAL DUTY TITLE  CHIEF, FORCE INTEGRATION OPERATIONS OFFICE | b. SSI/MOS 50A00 |
|---|---|

c. REFER TO PART IIIb, DA FORM 67-8-1

Chief, Support Branch, Army Reserve Support Center, aligned as a branch of Operations Division, Office, Chief Army Reserve.  Supervising ADP/Admin, Organizational Integration, System Integration, and Plans/Operation sections, consisting of twenty-two commissioned officers, and five non-commissioned officers.  Responsible for technical support to Operations Div, OCAR, in the Total Army Analysis and Force Structure process.  Develop the USAR position in support of the HQDA centralized documentation process, and for HQDA Functional Reviews and Functional Area Assessments. Assist action officers in resolving controversial issues that impact on force structuring, stationing and readiness of USAR units.  Principal Force Integrator for the USAR.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM** *(Rater)*

a. PROFESSIONAL COMPETENCE   *(In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b. below.)*

|  | HIGH DEGREE | | | LOW DEGREE | |
|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | ✓ | | | | | 8. Displays sound judgment | ✓ | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | ✓ | | | | | 9. Seeks self-improvement | | | | | ✓ |
| 3. Maintains appropriate level of physical fitness  PASS   9205 | ✓ | | | | | 10. Is adaptable to changing situations | ✓ | | | | |
| 4. Motivates, challenges and develops subordinates | ✓ | | | | | 11. Sets and enforces high standards | ✓ | | | | |
| 5. Performs under physical and mental stress | ✓ | | | | | 12. Possesses military bearing and appearance  71/195  YES | ✓ | | | | |
| 6. Encourages candor and frankness in subordinates | ✓ | | | | | 13. Supports EO/EEO | ✓ | | | | |
| 7. Clear and concise in written communication | ✓ | | | | | 14. Clear and concise in oral communication | ✓ | | | | |

b. PROFESSIONAL ETHICS *(Comment on any area where the rated officer is particularly outstanding or needs improvement)*

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.1.  Extraordinary capacity for grasping extremely complex concepts. a.2.  Expert in force development/structure arena. a.4.  Exceptional leader qualities. a.5.  Superb performance in the most stressful of situations. a.7&14.  Excellent writer and briefer. b.1.8.  Paradigms these traits, sets the pace, leads by example. |
|---|---|

DA FORM 67-8 (1 SEP 79)     REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.     US ARMY OFFICER EVALUATION REPORT

CERTIFIED TRUE COPY

PERIOD COVERED 920105—920831

**PART V — PERFORMANCE AND POTENTIAL EVALUATION** *(contd)*

**a. RATED OFFICER'S NAME** WESTCOTT MALCOLM B    **SSN** ▮▮▮▮

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

All aspects of LTC Westcotts' performance were superlative.  Challenged with one of the most critical and difficult positions in the Army Reserve during this era of force structure reductions and declining resources, he handled his responsibilities extremely professionally and with great skill and confidence.  Specifically, he developed an innovative process to groups in order to simplify the analysis and eliminate ... ... more employing readiness as the prime qualifier, the USAR's drawdown list has withstood critical analysis by others.  Additionally, LTC Westcott sucessfully defended our reduction position to members of Congress, specifically with the HASC and SASC.  His other significant contribution included formulating a comprehensive ADP program to assist in the USAR Force Integration process; fulfilling Total Army Analysis planning and development responsibilities for USARC units; and engineering the development of Med Force 2000, Logistics Unit Productivity System, and Regional Training Sites for Medical and Intelligence units.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER *(Explain below)* |

**e. COMMENT ON POTENTIAL**

This fine officers' potential for promotion and increased responsibility is unlimited.  He should be selected to attend SSC and promoted immediately.

**PART VI — INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII — SENIOR RATER**

**a. POTE**

CMC                    X

SR  ERGRES LTC
[X] X  64 WESTCOTT MALC
       47 SSN ▮▮▮▮
       26        SR: BG
        9 BULTMAN ROGER
        1.         ▮▮▮▮
        0.     19930112
        0.
        0.     19921007
        0   RATED 147

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW    [X] YES    [ ] NO *(Explain in b)*

**b. COMMENTS**

LTC Westcott is a truly exceptional and talented officer, and is among the top seven percent in the AGR program. His work ethic, depth of force structure and force integration expertise, and communications ability are unparalleled.  His performance during the Total Army Analysis Force Integration processes were superb and it will have a long lasting positive impact on the USAR.  He made vital contributions during Desert Shield by ensuring that the most ready USAR units were selected for mobilization.  This outstanding officer has unlimited potential and should be selected for promotion to Colonel and Senior Service College attendance now, far ahead of his peers.

CERTIFIED TRUE COPY

1889-261-871/02582

SEE PRIVACY ACT STATEMENT
ON DA FORM 67–8–1.

DATE OMPF 3228 PRIO
For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

19930608074Z

3

504

**PART I – ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (FG) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM B. | | LTC | Year 91 | Month 06 | Day 14 | MS | | | 13567 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| USAR CON GP(AGR) ARPERCEN ST LOUIS MO 63132 W/DY HQ USARC (W47AAA) ATLANTA GA 30331-5099 FORSCOM | 04 | CHANGE OF DUTY | FC2 |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 7 | FS26 | 1. GIVEN TO OFFICER [ ] | |
| Year 92 | Month 09 | Day 01 | Year 93 | Month 03 | Day 21 | | | 2. FORWARDED TO OFFICER [X] 930519 | |

q. EXPLANATION OF NONRATED PERIODS

**PART II – AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY.)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| VILCOQ, PAUL M., II | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
GM-14, DAC, Force Integration Division, DCSFOR, USARC, Div Chief    DATE 30 APR 93

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT    DATE

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| JOHNSON, DAVID H. | | |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
COL, GS, DCSFOR, USARC, Deputy Chief of Staff, Force Development    DATE 10 may 93

| d. SIGNATURE OF RATED OFFICER | DATE 26 MAR 93 | e. DATE ENTERED ON DA FORM 2-1 930519 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS CMU | h. NO. OF INCL |
|---|---|---|---|---|---|

**PART III – DUTY DESCRIPTION** (Rater)

a. PRINCIPAL DUTY TITLE    Chief, Organizational Integration Branch    b. SSI/MOS

c. REFER TO PART IIIa, DA FORM 67–8–1    50A/67H

Chief, Organizational Integration Br, USARC aligned as part of Deputy Chief of Staff, Force Development. Supervises ADP/Admin and Organizational Integration, using a team of thirteen commissioned officers. Responsible for technical support to the U.S. Army Reserve Command, (USARC) in the Total Army Analysis and Force Structure processes. Develops the USARC position in support of the HQDA centralized documentation process, HQDA Functional Reviews and Functional Area Assessments. Assists action officers in resolving issues that impact on force structuring, stationing and readiness of USAR units. Principal Force Integrator for the USARC.

**PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE    (In Items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE — LOW DEGREE
1   2   3   4   5

| | | | |
|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | | 8. Displays sound judgment | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | 1 |
| 3. Maintains appropriate level of physical fitness    PASS 9211 | | 10. Is adaptable to changing situations | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | 1 |
| 5. Performs under physical and mental stress | | 12. Possesses military bearing and appearance    71/194 YES | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | 1 |
| 7. Clear and concise in written communication | | 14. Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement.)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

(a1,2.)    Armed with knowledge; expands understanding daily.
(a4,6.)    Great team builder; does not tolerate "party line" responses unless they are right answer.
(a5,8,11.)    Works at peak level all the time; at best under pressure; completes tasks – the first time.
(b1,2,4.)    Team player; wants responsibility; never loses sight of objective; never stops until mission is accomplished.
(b5,8.)    Sets the standard.

DA FORM 67–8    1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

CERTIFIED TRUE COPY

| PERIOD COVERED | 920901~930321 |
|---|---|

**PART V — PERFORMANCE AND POTENTIAL EVALUATION** *(Rater)*

**a. RATED OFFICER'S NAME** WESTCOTT, MALCOLM B.    **SSN** ▓▓▓▓▓▓

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   [X] YES   [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

| [Y] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |
|---|---|---|---|---|

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS**

Lieutenant Colonel Westcott is the best Force Developer/Integrator ever observed over a nine year period. He understands all aspects of the Force Development process and uses them daily to work critical actions that affect the USAR. His aggressive style allows him to sort through unimportant things quickly and devote time to the major tasks that need attention immediately. He can organize chaos in minutes and determine where to employ subordinates so that they make their best contribution. Lieutenant Colonel Westcott's work during September 1992-February 1993 on Total Army Analysis 2001 (TAA 01) led the USARC to the best force obtainable within the HQDA constraints. He managed multiple actions during Colonel and General Officer level sessions without error and made certain that senior representatives were knowledgeable and properly advised all the time. His leadership during the entire rating period was outstanding. He pulled together a diverse group of Organizational Integrators, set them on the right course and produced first rate work on or ahead of schedule. This officer thrives on hard work and demanding situations, needs little guidance and supervision and outperforms any Lieutenant Colonel observed.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER *(Explain below)* |
|---|---|---|---|

**e. COMMENT ON POTENTIAL**

Lieutenant Colonel Westcott can perform duties at the Colonel level now. Promote him immediately and assign him to demanding jobs at the USARC or in the Office, Chief Army Reserve. He should remain on active duty in the Active Guard Reserve program indefinitely.

**PART VI — INTERMEDIATE RATER**

**a. COMMENTS**



**PART VII — SENIOR RATER**

**a. POTEN** CMC

| SR | ERGRES LTC | |
|---|---|---|
| [X] | X | 1 WESTCOTT MALC |
| | | 1 SSN ▓▓▓▓ |
| | | 0 SR: COL |
| | | 0 JOHNSON DAVID |
| | | 0 ▓▓▓▓ |
| | | 0 19930813 |
| | | 0 |
| | | 0 19930510 |
| | | 0 RATED 2 |

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW   [X] YES   [ ] NO *(Explain in b)*

**b. COMMENTS**

LTC Bruce Westcott is the best LTC in this directorate and is one of the two best staff officer I have ever observed. He is extremely knowledgeable, has the ability to cut to the heart of complex issues and possesses extraordinary vision for an officer of his rank. He is an "operator" in the best sense of the word. He makes things happen and gets things done. He is invaluable to the USAR of the future and should be retained and moved up as soon as possible. I would not hesitate to recommend LTC Westcott for positions of the highest responsibility in the USAR.

CERTIFIED TRUE COPY   Government Printing Office: 1989-261-071/02582

199401240218 5

| SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1 | | For use of this form, see AR 623-105; proposed agency is US Army Military Personnel Center. | | | | | | |
|---|---|---|---|---|---|---|---|---|

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (PD) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| WESTCOTT, MALCOLM B. | | LTC | 91 | 06 | 14 | MS | 67 | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| USAR CON GP (AGR) ARPERCEN ST LOUIS MO 63132 W/DY HQ USARC (W47AAA) ATLANTA GA 30331-5099 FORSCOM | 04  CHANGE OF DUTY | C  FC2 |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | [ ] 1. GIVEN TO OFFICER | |
| 93 | 03 | 22 | 93 | 09 | 17 | 06 | FS05 | [X] 2. FORWARDED TO OFFICER  940110 | |

| q. EXPLANATION OF NONRATED PERIODS |
|---|

**PART II — AUTHENTICATION** (Rated officer signature ...)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| BARATZ, MAX | | | 24 NOV 93 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| MG, GO, USARC, Deputy Commanding General | | | |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| BARATZ, MAX | | Max Baratz | 24 NOV 93 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| MG, GO, USARC, Deputy Commanding General | | | |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | 15 NOV 93 | 940110 | | CMU | |

**PART III — DUTY DESCRIPTION**

| a. PRINCIPAL DUTY TITLE Chief, Office of Strategic Analysis & Liaison | b. SSI/MOS 50A00 |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1    Chief, Office of Strategic Analysis & Liaison, aligned as a branch of the Command Group HQ, USARC. Provide Cdr, Dep Cdr and staff principals with detailed analysis of all proposed concepts, programs, and policies having an impact on the USARC. Coordinate all proposed actions, policies, programs, and new concepts with higher, parallel and subordinated HQ. Provide liaison with other MACOMs, FORSCOM, TRADOC, HQDA, and other DOD agencies as directed in the development and/or implementation of new concepts and programs. Provide direct assistance to such agencies, as directed, in the implementation of new concepts and programs. Identify and recommend solutions for problems, issues, and programs that have or potentially will have serious impact on the command or the USAR. Minimize the impact of adverse programs to the maximum extent possible.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)**

| a. PROFESSIONAL COMPETENCE | (In items 1 through 14 below, indicate the degree of agreement with the following statements as being description of the rated officer. Any comments will be reflected in b below.) | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | 8. Displays sound judgment | 1 | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | 9. Seeks self-improvement | | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS  9305 | | | 10. Is adaptable to changing situations | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | | 11. Sets and enforces high standards | | | 1 |
| 5. Performs under physical and mental stress | 1 | | 12. Possesses military bearing and appearance  71/194  YES | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | | 13. Supports EO/EEO | | | 1 |
| 7. Clear and concise in written communication | 1 | | 14. Clear and concise in oral communication | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| | |
|---|---|
| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.2.  Possesses appropriate knowledge beyond any other force structure analyses in the AGR program a.5.  Executes superb product on short notice and under great stress a.8.  Self-starter; always reaches the best solution; innovative and flexible a.10. Great capability to conceptualize; able to see the future |

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

CERTIFIED TRUE COPY 11 JAN 1994

PERIOD COVERED  930322-930917

**PART V – PERFORMANCE AND POTENTIAL EVALUATION** (Rater)

a. RATED OFFICER'S NAME    WESTCOTT, MALCOLM B.    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| [X] ALWAYS EXCEEDED REQUIREMENTS | [ ] USUALLY EXCEEDED REQUIREMENTS | [ ] MET REQUIREMENTS | [ ] OFTEN FAILED REQUIREMENTS | [ ] USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.

During this rating period LTC Westcott has been tasked to create a working cell which is to be responsive to short notice force structure actions and to develop a long range plan matrix which would carry the USAR into the future. ... ... ...

officer of his rank within the USAR. LTC Westcott and his team continue to be on the leading edge of strategic future structure planning for the USAR. I know of no other officer who has such strong capabilities, desire or work ethic within the USAR as LTC Westcott.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| [X] PROMOTE AHEAD OF CONTEMPORARIES | [ ] PROMOTE WITH CONTEMPORARIES | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |

e. COMMENT ON POTENTIAL

LTC Westcott should be sent to senior service college soonest. He should be considered ahead of his contemporaries. LTC Westcott should be groomed for senior positions within the AGR program. Schooling plus promotion at earliest possible time.

**PART VI – INTERMEDIATE RATER**

a. COMMENTS

**PART VII – SENIOR RATER**

a. POTEN

| SR | | CMC | BB S |
|----|---|-----|------|
| [X] | | ERGRES | LTC |
| | X | 4 | WESTCOTT MALC |
| | | 32 | SSN |
| | | 19 | SR: MG |
| | | 4 | BARATZ MAX |
| | | 0 | |
| | | 0 | 19940204 |
| | | 0 | |
| | | 0 | 19931124 |
| | | 0 | RATED 59 |

b. COMMENTS

Rater is also senior rater under provisions of paragraph 3-17, AR 623-105.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW    [ ] YES    [ ] NO (Explain in b)

☆ U.S.G.P.O.: 1988 - 201-42A/80236

CERTIFIED TRUE COPY

1994115 0 313

S94021

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is Army Military Personnel Center.

504

## PART I – ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (IFO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| WESTCOTT, Malcolm B. | | LTC | 91 | 06 | 14 | MS | 67A | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. CMD CODE |
|---|---|---|---|
| USAR CON GP (AGR) ARPERCEN ST LOUIS MO 63132 w/dy HQ USARC (W47AAA) Atlanta, GA 30331-5099 | 05 | Annual | C   FC |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | ☐ 1. GIVEN TO OFFICER | |
| Year | Month | Day | Year | Month | Day | 12 | FS05 | ☒ 2. FORWARDED TO OFFICER | |
| 93 | 09 | 18 | 94 | 09 | 17 | | | | |

q. EXPLANATION OF NONRATED PERIODS

## PART II – AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BARATZ, Max | | Max Baratz | DATE 26 Oct 94 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| MG, GO, United States Army Reserve Command, Commanding General | | | |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BARATZ, Max | | Max Baratz | DATE 26 Oct 94 |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | |
| MG, GO, United States Army Reserve Command, Commanding General | | | |

| d. SIGNATURE OF RATED OFFICER | DATE 17 Sep 94 | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|

## PART III – DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE   Chief, Office Of Strategic Analysis and Liaison          b. SSI/MOS   92A00

c. REFER TO PART IIIa, DA FORM 67-8-1

Chief, Office of Strategic Analysis and Liaison, aligned as a branch of the Command Group Headquarters USARC. Provide Commander and staff principles with detailed analysis of all proposed concepts, programs, and policies having an impact on the USARC. Coordinate all proposed actions, policies, programs, and new concepts with higher, parallel and subordinated headquarters, as required. Provide liaison with other MACOMs, FORSCOM, TRADOC, HQDA, and other DOD agencies as directed in the development and/or implementation of new concepts and programs. Provide direct assistance to such agencies, as directed, in the implementation of new concepts and programs. Identify and recommend solutions for problems, issues, and programs that have or potentially will have serious impact on the command or the USAR. Minimize the impact of adverse programs to the maximum extent possible.

## PART IV – PERFORMANCE EVALUATION – PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

| | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | 8. Displays sound judgement | | | | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | 9. Seeks self-improvement | | | | | 1 |
| 3. Maintains appropriate level of physical fitness   PASS 9404 | 1 | | 10. Is adaptable to changing situations | | | | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | | 11. Sets and enforces high standards | | | | | 1 |
| 5. Performs under physical and mental stress | 1 | | 12. Possesses military bearing and appearance   71/194 YES | | | | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | | 13. Supports EO/EEO | | | | | 1 |
| 7. Clear and concise in written communication | 1 | | 14. Clear and concise in oral communication | | | | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.1.  Great capacity to look out conceptually; strong futurist

a.5.  Strong work ethic; continually produces first class work in confined time lines

a.9.  Upgrades his professional outlook every chance he gets; not pedantic but flexible to new solutions

DA FORM 67-8   1 SEP 79   941110Z      REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.      US ARMY OFFICER EVALUATION REPORT   USAPPC V2.10

CERTIFIED TRUE COPY

PERIOD COVERED   930918-940917

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME   WESTCOTT, Malcolm B.                                    SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   ☐ YES   ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

| ☒ ALWAYS EXCEEDED REQUIREMENTS | ☐ USUALLY EXCEEDED REQUIREMENTS | ☐ MET REQUIREMENTS | ☐ OFTEN FAILED REQUIREMENTS | ☐ USUALLY FAILED REQUIREMENTS |

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL)

LTC Westcott has been key to producing a number of new programs for the Army Reserve. He has had the lead in running a futures group working directly for the DCG and the CG during this rating period. He has managed a number of high profile programs from concept to fruition on confined time lines. This activity has involved long hours, a heavy travel schedule, and substantive command pressure. LTC Westcott produces a product which is complete, coherent, and relavant. He possesses strong structure credentials, as well as management abilities. LTC Westcott has had to interface at all levels of the Army and manages this with a minimum of friction. He possesses strong interpersonal skills which make his work even more effective. LTC Westcott has done a first class job.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

| ☒ PROMOTE AHEAD OF CONTEMPORARIES | ☐ PROMOTE WITH CONTEMPORARIES | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |

e. COMMENT ON POTENTIAL

Promote to Colonel soonest. Send to senior service college at the first opportunity. He'll be great senior asset for the Army Reserve.

**PART VI - INTERMEDIATE RATER**

a. COMMENTS

**PART VII - SENIOR RATER**

a. POTEN
SR  ☒

CMC 0504 BB S
ERGRES LTC
X   12 WESTCOTT MALC
    36 SSN
    20        SR: MG
     4 BARATZ MAX
     0
     0     19941122
     0
     0     19941026
     0     RATED  72
           to

b. COMMENTS

AR 623-105, Chap 3, Sec III, Para 3-17a(3) applies.

c. COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW
☒ YES   ☐ NO (Explain in b)

USAPPC V2.10

CERTIFIED TRUE COPY

FILE OMPF 5326 PRE 19851102 02 16

awc 8960b 4

404-629-8138

**SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1**

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (IFO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| WESTCOTT, Malcolm B. | | LTC | Year 91 | Month 06 | Day 14 | MS | 67 | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| USAR CON GP (AGR) ARPERCEN ST LOUIS MO 63132 w/dy HQ USARC (W47AAA) Atlanta, GA 30331-5099  FC | 04  PCS | FC  2 |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | 9078 Prospect Court |
| Year 94 | Month 09 | Day 18 | Year 95 | Month 07 | Day 23 | 09 | FS05 | ☐ 1. GIVEN TO OFFICER  ☒ 2. FORWARDED TO OFFICER  950805 | Jonesboro GA 30236 |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BARATZ, Max | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MG, GO, United States Army Reserve Command, Commanding General | | | 27 Sep 95 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BARATZ, Max | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MG, GO, United States Army Reserve Command, Commanding General | | | 27 Sep 95 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| | 23 Jul 95 | | | | |

## PART III — DUTY DESCRIPTION (Rater)

| a. PRINCIPAL DUTY TITLE  Chief, Office Of Strategic Analysis and Liaison | b. SSI/MOS  67H/50A |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

Chief, Office of Strategic Analysis and Liaison, aligned as a branch of the Command Group Headquarters USARC. Provide Commander and staff principles with detailed analysis of all proposed concepts, programs, and policies having an impact on the USARC. Coordinate all proposed actions, policies, programs, and new concepts with higher, parallel and subordinated headquarters , as required. Provide liaison with other MACOMs, FORSCOM, TRADOC, HQDA, and other DOD agencies as directed in the development and/or implementation of new concepts and programs. Provide direct assistance to such agencies, as directed, in the implementation of new concepts and programs. Identify and recommend solutions for problems, issues, and programs that have or potentially will have serious impact on the command or the USAR. Minimize the impact of adverse programs to the maximum extent possible.

## PART IV — PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE  (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

|  | HIGH DEGREE | | LOW DEGREE | | | |  | | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 |  |  | 1 | 2 | 3 | 4 | 5 |
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | | | | | | 8. Displays sound judgement | 1 | | | | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | | | | | | 9. Seeks self-improvement | 1 | | | | |
| 3. Maintains appropriate level of physical fitness  9507 PASS | 1 | | | | | | 10. Is adaptable to changing situations | 1 | | | | |
| 4. Motivates, challenges and develops subordinates | 1 | | | | | | 11. Sets and enforces high standards | 1 | | | | |
| 5. Performs under physical and mental stress | 1 | | | | | | 12. Possesses military bearing and appearance  71/194 YES | 1 | | | | |
| 6. Encourages candor and frankness in subordinates | 1 | | | | | | 13. Supports EO/EEO | 1 | | | | |
| 7. Clear and concise in written communication | 1 | | | | | | 14. Clear and concise in oral communication | 1 | | | | |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.1. Absolutely flexible mind; capable of grasping the most complex concepts and making it a reality. Know of almost no other officer with LTC Westcott's capabilities in this area. a.5. Top performer in the USAR; under stress to meet short term suspense date; always a finished product. a.7. Able to brief the most senior staffs of the Army in a clear concise manner. |
|---|---|

DA FORM 67-8
1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT
USAPPC V2.10

CERTIFIED TRUE COPY

PERIOD COVERED   940918-950723

PART V - PERFORMANCE AND POTENTIAL EVALUATION *(Rater)*

a. RATED OFFICER'S NAME   WESTCOTT, Malcolm B.   SSN

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS   ☒ YES   ☐ NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

☒ ALWAYS EXCEEDED REQUIREMENTS    ☐ USUALLY EXCEEDED REQUIREMENTS    ☐ MET REQUIREMENTS    ☐ OFTEN FAILED REQUIREMENTS    ☐ USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

LTC Westcott was the key officer in managing the "futures" cell within the USAR.  He has been responsible for developing, packaging, and selling a number of major Army Reserve innovations.  This activity required presentations to the highest levels of America's Army, the Congress of the United States, cross and interstaff coordination and senior leadership in other components of the military establishment.  LTC Westcott performed d.. ..luties in a super.. .. ...r. .... .....o eff...   performing at this sustained level of activity while at the same time ach...ving ..s high level results. LTC Westcott has an unparalleled knowledge of force structure activities, medical affairs, and all major USAR issues, coupled with an unbelievable work ethic.  Continually placed in high stress complex situations, he delivered a finished professional product on time.  Always a pleasure to work with, his potential is absolutely unlimited.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

☒ PROMOTE AHEAD OF CONTEMPORARIES    ☐ PROMOTE WITH CONTEMPORARIES    ☐ DO NOT PROMOTE    ☐ OTHER *(Explain below)*

e. COMMENT ON POTENTIAL

Promote to Colonel absolutely soonest.  Unlimited potential to serve and to continue to rise through the program.  Place in only key positions of high visibility and challenges.  One of the top ten officers in the USAR

PART VI - INTERMEDIATE RATER

a. COMMENTS

PART VII - SENIOR RATER

a. POTEN   CMC 0599
SR   ERGRES LTC
☒   X   18 WESTCOTT MALC
         42 SSN
         20            SR: MG
          4 BARATZ MAX
          0
          0 PROC 19951121
          0 SIGN 19950927
          0 RATINGS    84
          0 OFFICERS   51

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW

☒ YES   ☐ NO *(Explain in b)*

b. COMMENTS

Chapter 3, Section III, Paragraph 3-17a(3) appllies.

USAPPC V2.10

CERTIFIED TRUE COPY

199608160231                    4

| SENIOR SERVICE COLLEGE ACADEMIC EVALUATION REPORT | DATE 08 June 1996 |
|---|---|

For use of this form, see AR 623-1; the proponent agency is MILPERCEN.

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL WESTCOTT, Malcolm B. | 2.SSN ▇▇▇▇▇ | 3. GRADE COL | 4. BR MS | 5. COMPONENT USAR |
|---|---|---|---|---|

| 6. COURSE TITLE      USAWC (1-250-C15)      96 | 7. NAME OF SCHOOL    US Army War College | 8. SPECIALTY P  67  A  50 |
|---|---|---|

| 9. PERIOD OF REPORT *(Year, month, day)* From:  95 08 01     Thru:  96 06 08   [x] | 10. DURATION OF COURSE *(Year, month, day)* From:  95 08 01     Thru:  96 06 08 |
|---|---|

11. EXPLANATION OF NONRATED PERIODS

12. DID STUDENT SUCCESSFULLY COMPLETE THE COURSE?  [x] YES  [ ] NO  *(If No, explain reason in ITEM 16)*

**13. COURSE OBJECTIVE AND DESCRIPTION:**   The ten-month course of instruction provides advanced professional education for senior military officers and their counterparts in other federal agencies and foreign armies.  Instruction focuses on strategic studies, warfighting, national security policy, and the planning and execution of strategic and operational warfare.  Instructional methods include lectures, seminar presentations and discussions, planning exercises and war games, and individual research.

The curriculum taken by all students includes:  (1) examination of the nature of leadership in a strategic environment, to include ethical considerations; examination of strategic management systems that identify, develop, and resource capabilities to fulfill the national military strategy and the functions of planning, programming, and budgeting systems; (2) study of U.S. national security policy, national military strategy, and the strategic thought and decisionmaking process; (3) study of the art and science of theater strategic warfare, to include implementing strategic guidance in developing near- and long-term plans and programs, theater organization, joint and multinational operations, and in campaign planning and design; (4) examination of principal characteristics and U.S. policy toward one of six regions of the world; (5) development and application of national and theater strategies within the crisis action planning and execution framework through simulations and exercises.

The Advanced Courses Program and optional courses provide students with a series of choices so they may pursue selected topics in considerable depth.

### 14. ADVANCED COURSE, RESEARCH AND SPECIAL PROGRAMS

| a. ADVANCED COURSE TITLE *(Field of Study)* | CREDIT | AUDIT | CLASSROOM HRS / EQUIV |
|---|---|---|---|
| (1) FORCE MANAGEMENT | X | | 30 |
| (2) PERSONAL AFFAIRS MANAGEMENT FOR STRATEGIC LEADERS | X | | 30 |
| (3) REGIONAL STRATEGIC APPRAISAL (AMERICAS) | X | | 30 |
| (4) HOW TO NEGOTIATE:  STRATEGY AND PROCESS | X | | 30 |
| (5) SEA POWER:  NAVAL STRATEGY AND OPERATIONS | X | | 30 |
| (6) TOASTMASTERS CLUB | X | | 30 |
| (7) WRITING FOR PUBLICATION | X | | 30 |
| (8) | | | |
| (9) | | | |
| (10) | | | |

b. RESEARCH PROJECTS  Colonel Westcott successfully completed an independent strategic research paper entitled: "America's Army and the Future of Military Peacekeeping Operations: Options for the Army Reserve." Superb analysis of critically important subject involving peacekeeping operations, readiness, force structure and reserve component issues.

15. DESCRIBE THE PARTICULAR ABILITIES THAT WOULD MAKE CERTAIN FUTURE ASSIGNMENTS APPROPRIATE  Colonel Westcott would be outstanding as a senior service college instructor.  He is noted for his professionalism, intelligence, honesty and confidence. He has a superb knowledge of the Medical Service Corps, Army force structure, and reserve component issues. His outstanding abilities and exceptional professional qualities will make him stand out as a senior leader in the Army of the future.

NOTE:  General officer & brigade command potential and academic ranking are omitted.

DA FORM 1 NOV 77 **1059-2**                    USAR active duty for training

CERTIFIED TRUE COPY

USAR active duty for training

| STUDENT'S NAME | WESTCOTT, Malcolm B. | STUDENT'S SSN | |
|---|---|---|---|

Comments:

   a.  Examined and studied strategic military leadership focusing on ethics, values, strategic vision, and the management of change.  Identified personal abilities, skills, and values through self-assessment instruments, wrote a paper and gave an oral presentation on strategic leadership competencies of a prominent historical figure. Analyzed the development, resourcing, and management of force capabilities to support CINC requirements, wrote a paper addressing National Military Requirements and Capabilities.

   b.  Analyzed key concepts in the study of national security policy, strategy, and war.  In a course paper, evaluated an important strategic concept or issue for the United States in the 1990s.  In a small-group setting, observed the United Nations and local government during a field trip to New York City.  Participated in case studies and exercises involving the development of national policy and military strategy.

   c.  Studied joint organizations and doctrine; the National Military Strategy; its translation into global and regional guidance, and apportionment of forces in the Joint Strategic Capabilities Plan (JSCP); the Joint Operation Planning and Execution System (JOPES), a process for developing theater and supporting plans; the CINCs' theater planning process for the development of theater strategies and theater war and contingency plans.

   d.  Examined U.S. interests and policies from a global geopolitical perspective, focusing on the use of national power, strategy development, campaign planning, and warfighting.  Analyzed U.S. global priorities and regional interests, developed concepts and objectives at the national and theater level, analyzed relationships among U.S. alliances and military operations, examined the use of military power across the operational continuum, and participated in case studies of selected campaigns.  Studies augmented by small-group observations in a field trip to Washington, D.C.  Presented critiques of U.S. policy, strategy, and military planning. Participated in political-military simulations involving potential U.S. strategic objectives.

   e.  Colonel Westcott fully achieved U.S. Army War College standards for all written requirements, oral presentations, seminar participation and preparation.

   f.  Colonel Westcott's attitude, bearing and appearance are consistently above standards. He exudes confidence and exceptional potential in every endeavor.

   g.  Colonel Westcott is a superb team player who knows when and how to lead.

   h.  Colonel Westcott used elective, advanced courses to broaden his knowledge of the joint operational environment.

   i.  Colonel Westcott consistently demonstrated traits, abilities, and decisionmaking skills which mark him for major responsibilities – an outstanding military officer.

PASS 9605    71/196    YES

### 17. AUTHENTICATION

| a. TYPED NAME, GRADE, BRANCH, SSN AND TITLE OF PREPARING OFFICER<br>JOSEPH R. CERAMI, Colonel, FA<br>Faculty Adviser | SIGNATURE |
|---|---|
| b. TYPED NAME, GRADE, BRANCH, SSN AND TITLE OF REVIEWING OFFICER<br>RICHARD A. CHILCOAT, Major General, USA<br>Commandant | SIGNATURE |

### 18. MILITARY PERSONNEL OFFICER

| a. FORWARDING ADDRESS (Rated Student) | b. DISTRIBUTION      MILPO TD 09 |
|---|---|
| | [ ] 1. COPY FORWARDED TO STUDENT'S OFFICIAL RECORD |
| | [X] 2. COPY FORWARDED TO STUDENT |

USAR active duty for training

CERTIFIED TRUE COPY

SEE PRIVACY ACT STATEMENT
ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent
agency is US Army Military Personnel Center.

19780109 0148

**PART I — ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | k. DESIGNATED SPECIALTIES | g. PMOS(WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM B. | | COL | Year 96 | Month 06 | Day 13 | MS | 67 | | 51978 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| ASGN: USAR CTRL GP ARPERCEN (AGR) UIC: W0Z4AA ATCH: OCAR, PENTAGON, WASHINGTON, DC 20310-2400 | 05 | ANNUAL C | SZ 1 |

| l. PERIOD COVERED | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|
| FROM | | THRU | | 12 | SA01 | 1. GIVEN TO OFFICER | |
| Year 96 | Month 06 Day 09 | Year 97 | Month 06 Day 08 | | | 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

960609-960616 -(8 DAYS) PCS, LV & TVL

**PART II — AUTHENTICATION** (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| HELMLY, JAMES R. | | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| BG, GO, HQDA, OCAR, DEPUTY CHIEF, ARMY RESERVE | 6 JAN 98 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE |
|---|---|---|
| BARATZ, MAX | | |

| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | DATE |
|---|---|
| MG, GO, HQDA, OCAR, CHIEF, ARMY RESERVE | 7 JAN 98 |

| d. SIGNATURE OF RATED OFFICER | e. DATE | f. DATE ENTERED ON DA FORM 2-1 | g. RATED OFFICER MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|
| | 5 Jan 98 | | | |

**PART III — DUTY DESCRIPTION** (Rater)

| a. PRINCIPAL DUTY TITLE CHIEF | b. SSI/MOS 54A00 |
|---|---|

c. REFER TO PART IIIc, DA FORM 67-8-1 General Staff responsibility for integration of all actions to plan, program and budget USAR operations, readiness, training, and force development. Represents CAR in TAA/FAA formal sessions. CAR's sole staff representative in development, promulgation of operations, readiness, training, and force development policies, directives and regulations. Integrates the planning, programming and budgeting of manning, equipping, training, and stationing. Oversight of USAR Fulltime Support requirements, authorizations, and documentations. Provide documentation for all units and personnel above the MUSARC level; manage and integrate all resources associated with manpower. Establish priorities for manning, resourcing, structuring, equipping, and training of the USAR as prescribed by the CAR. Act as the OCAR PEG chairman for the Organize, Equipping and Training PEGs.

**PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM** (Rater)

a. PROFESSIONAL COMPETENCE (In boxes 1 through 14 below, indicate the degree of agreement with the following statement as being descriptive of the rated officer. Any comments will be referred in b below.)

HIGH DEGREE  →  LOW DEGREE
1  2  3  4  5

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  Pass  9611 | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and moral stress | 1 | 12. Possesses military bearing and appearance  70/212  Yes | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

| 1. DEDICATION 2. RESPONSIBILITY 3. LOYALTY 4. DISCIPLINE 5. INTEGRITY 6. MORAL COURAGE 7. SELFLESSNESS 8. MORAL STANDARDS | a.1. Intellectually strong and active. Not restrained in ideas by conventional thought processes. a.10. Highly perceptive intellect. Innate ability to grasp and understand intricate, complex matters. Exemplifies the meaning of "pride and professionalism" in every facet of personal and professional lifestyle. b.1., 6. Has endless zeal and courage. Feeds on adverse conditions others shy from when given the opportunity. b.3., 5., 8. Continually exhibits the highest standards of loyalty, integrity, personal behavior, and conduct. a12. Officer meets body fat standards of AR 600-9. |
|---|---|

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT |
|---|---|---|

980109

CERTIFIED TRUE COPY

PERIOD COVERED 960609-970608

**PART V — PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. RATED OFFICER'S NAME **WESTCOTT, MALCOLM B.**    SSN ▮▮▮▮

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS    [X] YES    [ ] NO

b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1

[X] ALWAYS EXCEEDED REQUIREMENTS    [ ] USUALLY EXCEEDED REQUIREMENTS    [ ] MET REQUIREMENTS    [ ] OFTEN FAILED REQUIREMENTS    [ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!

COL Westcott has performed his duties and discharged his responsibilities in a diligent, most distinguished manner. He is an exceptional manager and organizer whose demonstrated expertise measurably improved the readiness of the Army Reserve. An individual who commands the fullest respect of those at all levels, he willingly accepts any assignment regardless of scope. There is virtually no major action involving the Army Reserve that he has not played a pivotal, decisive role in resolving. He excelled in leading the Army Reserve successfully thru the Quadrennial Defense Review (QDR) and National Defense Panel (NDP) strategy reviews. His list of accomplishments reads like a "who's who" of critical actions which collectively shape and determine the future of the Army Reserve. These include the QDR and NDP; AC/RC offsite; Total Army Analysis; Program/Budgets for FY 98-04 in which he successfully justified substantive resource improvements; initiation of the Joint Reserve Unit (JRU) concept; successfully defended the Army Reserve MILTECH program from Congressional attack; initiated and led the restructuring of U.S. Army South (USARSO) as an integrated AC/RC command. COL Westcott is an absolute top performer. Totally professional, poised, mature, and dedicated he enjoys the loyalty, cooperation, and support of subordinates, superiors, and peers. Intelligent and dedicated, he always accepts additional work to help others and increase their potential, skill, and worth.

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS

[X] PROMOTE AHEAD OF CONTEMPORARIES    [ ] PROMOTE WITH CONTEMPORARIES    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL  A rising star of unlimited potential, he is a true professional in every sense of the word. If I had the authority I would promote this officer to brigadier general today and assign him to my position. Retain him as long as possible to benefit from his tremendous abilities.

**PART VI — INTERMEDIATE RATER**

a. COMMENTS

**PART VII — SENIOR RATER**

a. POTE CMC 0599

SR ERGRES COL

[X] X  75  WESTCOTT MALC

  4  SSN ▮▮▮▮

  0     SR: MG

  0  BARATZ MAX

  0

  0  PROC 19980112

  0  SIGN 19980107

  0    RATINGS  79

  0  OFFICERS  55

b. COMMENTS  COL Westcott is the premier colonel in the Army Reserve and continues to be the most effective AGR on the Army Staff. He is used for every major issue and as a problem shooter; he continuously comes up with workable solutions. COL Westcott has an unparalleled work ethic combined with an ability to reach the middle ground but he is not afraid to make the hard decisions. I agree with the rater that he is strongest AGR who should be a general officer. Absolutely capable of being the DCAR.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW    [X] YES    [ ] NO (Explain in b)

1989 - 261-871/02582

CERTIFIED TRUE COPY

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1*

*For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.*

1998.1013061.7
703-696-3990

**PART I - ADMINISTRATIVE DATA**

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | | | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (WO) | h. STA CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | Year | Month | Day | | | | |
| WESTCOTT, MALCOLM B. | | COL | 96 | 06 | 13 | MS | 67 | | 51978 |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | | k. COMD CODE |
|---|---|---|---|
| ASGN: USAR CTRL GP ARPERCEN (AGR) UIC: WOZ4AA | 22 | SR OPTION | 1 |
| ATCH: OCAR, PENTAGON, WASHINGTON, DC 20310-2400 | | C | SZ |

| l. PERIOD COVERED | | | | | | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | | | | |
| Year | Month | Day | Year | Month | Day | | | [X] 1. GIVEN TO OFFICER   980915 | |
| 97 | 06 | 09 | 98 | 05 | 23 | 11 | SA01 | [ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

**PART II - AUTHENTICATION (Rated officer signature verifies PART I - IIa and PART III - IIa 1-9)**

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| HELMLY, JAMES R. | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| BG, GO, HQDA, OCAR, DEPUTY CHIEF, ARMY RESERVE | | | 980910 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| | | | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | |
|---|---|---|---|
| BARATZ, MAX | | Max Baratz | |
| GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT | | | DATE |
| MG, GO, HQDA, OCAR, CHIEF, ARMY RESERVE | | | 980911 |

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF ENCL |
|---|---|---|---|---|---|
| | 27 May 98 | | | | |

**PART III - DUTY DESCRIPTION (Rater)**

| a. PRINCIPAL DUTY TITLE  CHIEF, Operations and Force Development Division | b. SSI/MOS  54A00 |
|---|---|

c. REFER TO PART IIIa, DA FORM 67-8-1

General Staff responsibility for integration of all actions to plan, program and budget USAR operations, readiness, training, and force development. Represnts CAR in TAA/FAA formal sessions. CAR's sole staff representative in development, promulgation of operations, readiness, training, and force development policies, directives and regulations. Integrates the planning, programming and budgeting of manning, equipping, training, and stationing. Oversight of USAR Full-time Support requirements, authorizations and documentations. Provide documentation for all units and personnel above the MUSARC level; manage and integrate all resources associated with manpower. Establish priorities for manning, resourcing, structuring, equipping, and training of the USAR as prescribed by the CAR. Act as the OCAR PEG chairman for the Organize, Equipping and Training PEGs.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)**

a. PROFESSIONAL COMPETENCE  *(In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)*

|  | HIGH DEGREE | | LOW DEGREE | | |
|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 |

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgement | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS  9801 | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  71/211  YES | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on areas where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.1.2. Intellectual agility, perceptiveness enhances exceptional professional competence.
a.5. Excels in unusual, dynamic, and trying situations without being rattled.
a.10. A master at executing demanding, dynamic tasks — bold and practical in attacking complex situations.
a.12. Soldier meets body fat standard of AR 600-9.
b.1. Bold straight line of intense dedication and diligence.
b.2. Insatiable appetite and ability for increased responsibility.
b.3. Flawless support of policies and goals.

| DA FORM 67-8 1 SEP 79 | REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79. | US ARMY OFFICER EVALUATION REPORT USAPPC V3.00 |
|---|---|---|

OCT 0 8 1998

CERTIFIED TRUE COPY

**PERIOD COVERED** 970609-980523

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

**a. RATED OFFICER'S NAME** WESTCOTT, MALCOLM B.    **SSN** ▮▮▮▮▮

**RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS** ☒ YES ☐ NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART IV a, b, AND c, DA FORM 67-8-1**

☒ ALWAYS EXCEEDED REQUIREMENTS  ☐ USUALLY EXCEEDED REQUIREMENTS  ☐ MET REQUIREMENTS  ☐ OFTEN FAILED REQUIREMENTS  ☐ USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, PART IV a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL!**

COL Westcott has continued his brilliant performance during this rating period. Extremely well organized and mission oriented, his broad scope of in-depth knowledge and visionary strategic thinking ability have brought unprecedented success and strength to USAR force planning and force structure programming. He thinks clearly and logically and is able to accommodate and correlate a large number of details in the efficient and effective use of subordinates. His astute, highly informed knowledge of "how the Army runs" and his intuitive, exemplary management skills led to successful completion of the first ever, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ analysis of every AGR position authorization in the DoD and resulted in the ▮▮▮▮▮ of over 700 ▮▮▮▮▮▮▮▮ support positions to USARC units. His exceptionally strong knowledge of Army and joint operations plans requirements combined with his exemplary organizational abilities materially strengthened the resourcing of USAR training programs in the FY 00-05 POM build. His exemplary management acumen and personal performance consistently enhanced OCAR's organizational reputation within DoD and the Army staff. An officer of immense capabilities he developed a most insightful, sound, and visionary strategic plan to reengineer the USAR MILTECH program to professionalize and strengthen it to meet 21st Century requirements. A poised and mature leader with an authoritative manner his exceptional performance has materially strengthened the Army Reserve.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

☒ PROMOTE AHEAD OF CONTEMPORARIES  ☐ PROMOTE WITH CONTEMPORARIES  ☐ DO NOT PROMOTE  ☐ OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

COL Westcott is an absolute top performer in every respect. Promote him to General Officer. Consider strongly for selection as Deputy Chief, Army Reserve.

**PART VI - INTERMEDIATE RATER**

**a. COMMENTS**

**PART VII - SENIOR RATER**

**a. POTENTIAL**  CMC 0599

ERGRES COL
☒ X  92 WESTCOTT MALC
5 SSN ▮▮▮▮▮
0           SR: MG
0 BARATZ MAX
0 ▮▮▮▮▮
0 PROC 19981013
0 SIGN 19980911
0   RATINGS 97
0 OFFICERS 60

**b. COMMENTS**

COL Westcott is one of the finest AGR senior leaders in the United States Army. His potential is unlimited. In his two years of dedicated service to this agency he played a pivotal role in the achievement of the Army Reserve's missions and is a cornerstone of technical knowledge, management skill, and dedication. He is one of the most highly respected AGR officers within the USAR. COL Westcott is absolutely capable of serving as Deputy Chief of the Army Reserve and as a general officer in any job in the Army. One of if not the strongest colonels in the AGR program. Unlimited potential.

**c. COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW**

☒ YES ☐ NO (Explain in b)

USAPPC V3.00

CERTIFIED TRUE COPY

CC011245

CERTIFIED TRUE COPY

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1*

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. DESIGNATED SPECIALTIES / TRACKING |
|---|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM B. | | COL | Year 1996 | Month 06 | Day 13 | MS | 67 |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | | | | h. REASON FOR SUBMISSION | |
|---|---|---|---|---|---|
| ASGN: USAR CTRL GP(AGR) UIC: WOZ4AA, ATCH OCAR, WASHINGTON, DC 20310 | | | | 05 | Annual |

| I. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 12 | | | 1. Given to Officer | | Date | | SZ | SA01 |
| Year 1998 | Month 05 | Day 24 | Year 1999 | Month 05 | Day 23 | | | | 2. Forwarded to Officer | | | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| HELMLY, JAMES R. | | BG | Dep Ch, Army Reserve | *[signature]* | 16 JUN 99 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | | MG | Chief, Army Reserve | *[signature]* | 18 JUN 99 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| HQDA, OCAR, DAAR-ZX WASHINGTON, DC 20310-2400 | GO | DSN 227-1784 | plewes@ocar.army.pentagon.mil |

d. This is a referred report, do you wish to make comments? ☐ No ☐ Yes, comments are attached

SIGNATURE OF RATED OFFICER *[signature]*  DATE 21 JUN 99

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE  Director, USAR Force Programs

b. POSITION AOC/SC  54A00

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

General Staff responsibility for integration of all actions to plan, program and budget USAR force programs. Represent the CAR at TAA/FAA meetings. CAR's primary staff representative in development and promulgation of force programs policies, directives and regulations. Integrates the planning, programming and budgeting of manning, equipping, and stationing. Oversight of USAR Full-Time Support requirements, authorizations and documentation. Provide documentation for all USAR units and personnel; manage and integrate all resources associated with manpower. Establish priorities for manning, resourcing, structuring, and equipping of the USAR as prescribed by the CAR. Act as the OCAR PEG chairman for the Organize and Equipping PEGs. Sets and enforces GAO standards for accountability and control of government resources to prevent fraud, waste, and abuse of same.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal and moral obligations | | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box in optional comments in PART Vb. Comments are mandatory in Part Vb for all "NO" entries.

b.1. ATTRIBUTES (Select 1)
*Fundamental qualities and characteristics*

| | 1. MENTAL | YES/NO | 2. PHYSICAL | YES/NO | X EMOTIONAL | YES/NO |
|---|---|---|---|---|---|---|
| | Possesses desire, will, initiative, and discipline | YES | Maintains appropriate level of physical fitness and military bearing | YES | Displays self-control; calm under pressure | YES |

b.2. SKILLS (Competence) (Select 2)
*Skill development is part of self-development; prerequisite to action*

| X CONCEPTUAL | YES/NO | 2. INTERPERSONAL | YES/NO | 3. TECHNICAL | YES/NO |
|---|---|---|---|---|---|
| Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES | Shows skill with people; coaching, teaching, counseling, motivating and empowering | YES | Possesses the necessary expertise to accomplish all tasks and functions | YES |

| 4. TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting | YES/NO |
|---|---|
| | YES |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| INFLUENCING | X COMMUNICATING | YES/NO | X DECISION-MAKING | YES/NO | 3. MOTIVATING | YES/NO |
|---|---|---|---|---|---|---|
| Method of reaching goals while operating / improving | Displays good oral, written, and listening skills for individuals / groups | YES | Employs sound judgment, logical reasoning and uses resources wisely | YES | Inspires, motivates, and guides others toward mission accomplishment | YES |
| OPERATING | X PLANNING | YES/NO | 5. EXECUTING | YES/NO | 6. ASSESSING | YES/NO |
| Short-term mission accomplishment | Develops detailed, executable plans that are feasible, acceptable, and suitable | YES | Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES | Uses after-action and evaluation tools to facilitate consistent improvement | YES |
| IMPROVING | 7. DEVELOPING | YES/NO | 8. BUILDING | YES/NO | 9. LEARNING | YES/NO |
| Long-term improvement in the Army, its people and organizations | Invests adequate time and effort to develop individual subordinates as leaders | YES | Spends time and resources improving teams, groups and units; fosters ethical climate | YES | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | YES |

c. APFT: PASS  DATE: NOV 98  HEIGHT: 71  WEIGHT: 205  YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WOFs.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?  YES ☐  NO ☐  NA ☒

DA FORM 67-9, OCT 97  REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE. 1 OCT 97  USAPA V2.00

JUN 22 1999

| NAME WESTCOTT, MALCOLM B. | SSN | PERIOD COVERED 19980524 — 19990523 |
|---|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION** (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] OUTSTANDING PERFORMANCE MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE | [ ] UNSATISFACTORY PERFORMANCE | [ ] OTHER (Explain) |
|---|---|---|---|

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

COL Westcott has performed his duties and discharged his responsibilities in a diligent, distinguished manner. His in-depth experience, strong and agile intellect, and rich professional competence are enhanced by his energy and zeal. He masterfully orchestrated the Army Reserve role in the dynamic sensitive process aimed at resolving a 25 thousand space end strength reduction in the Army's Reserve Components. An officer with a true understanding of "how the Army Reserve runs" he wisely and skillfully managed the entire range of force structure processes and major actions. His masterful leadership of the Army Reserve full time support program caused a quantum improvement in the execution of the USAR MILTECH program. COL Westcott's astute management of the Congressional authorization to increase AGR strength guaranteed success of this exceptionally important resource. His astute handling of the reengineering of the USAR MILTECH program was masterful in every respect and forged major improvements that modernize this critical program for the 21st Century. A flexible, agile officer he adjusts and adapts smoothly and professionally to any situation. He has, by actual manner of performance, provided a direct and lasting improvement in the readiness and relevance of the Army Reserve. COL Westcott has clearly and convincingly demonstrated those qualities of strategic leadership necessary to perform at General Officer rank successfully. He has, in fact been performing at the flag level. Properly selected as the next Deputy Chief, Army Reserve, he should be selected for promotion to General Officer now.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII -SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

I currently senior rate __20__ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review   [X] YES   [ ] NO (Explain in c)

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) |
|---|---|---|---|

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**ABOVE CENTER OF MASS**

RO: COL WESTCOTT MALCOLM B

SR: MG PLEWES THOMAS J

DATE: 1999 06 22

TOTAL RATINGS: 3

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

COL Westcott has been instrumental in assuring the future of the Army Reserve through his aggressive and informed management of the force development process. A key player in the intricate decision process on the 25,000 Reserve Component Quadrennial Review reductions, COL Westcott worked closely with DA-DCSOPS-FD to develop and cost alternative plans for achieving the reduction as well as to coordinate the work of the USAR force structure panel, Works well with and enjoys the respect of his Active and National Guard counterparts. Has become one of the Army's acknowledged experts on force design, and has exhibited strong leadership skills in reorganizing and restructuring the USAR's force development activities. Clearly general officer material, he leaves this position to become the Deputy Chief, Army Reserve. Should be promoted to brigadier general immediately.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Deputy Chief, Army Reserve; DA, Assistant Deputy Chief of Staff, Operations for Force Development; Commander, USAR Major Command

DA FORM 67-9, OCT 97 (Reverse)                                      USAPA V2.00

**CERTIFIED TRUE COPY**

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

## PART I - ADMINISTRATIVE DATA

703-601-3477

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. PMOS/AOC/SC |
|---|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM, B. | ■■■ | COL | Year 1996 | Month 06 | Day 13 | MS | 67A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| ASGN: USAR CTRL GP (AGR) W0Z4AA ATCH: OCAR, WASHINGTON, DC 20310 | 05  ANNUAL |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check box and date) | | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 12 | | 0 | 1. Given to Officer | Date | | MAP | SZ | SA01 |
| Year 1999 | Month 05 | Day 24 | Year 2000 | Month 05 | Day 23 | | | | X 2. Forwarded to Officer | 020617 | | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | ■■■ | MG | CH, ARMY RESERVE | [signature] | 020617 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | | DATE |
|---|---|---|---|---|---|

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | ■■■ | MG | CH, ARMY RESERVE | [signature] | 020617 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| Office of the Chief, Army Reserve Washington, DC 20310-2400 | GO | 703-697-1784 | Thomas.Plewes@ocar.army.pentagon.mil |

| | d. This is a referred report, do you wish to make comments? | YES comments are attached | NO | f. SIGNATURE OF RATED OFFICER | DATE |
|---|---|---|---|---|---|
| | | | | [signature] | 020617 |

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE  Deputy Chief, Army Reserve

b. POSITION AOC/SC

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES; REFER TO PART IVb, DA FORM 67-9-1

Serves as the Deputy Chief, Army Reserve. Advise the Chief, Army Reserve (CAR) on operational aspects of Office of the Chief, Army Reserve (OCAR), Army Reserve Personnel Command (ARPC), and Full Time Support Management Directorate (FTSMD). Act for the CAR in his absence, ensuring OCAR continues to operate as a full partner in Headquarters Department of the Army and the Department of Defense. Advise the Secretary of Army, Under Secretary of the Army, Chief of Staff, Army, Vice Chief of Staff, Army and HQDA principals on United States Army Reserve (USAR) matters in the absence of the CAR. Appear before various congressional committees for the CAR to justify and defend Army Reserve budget requests and provide information in response to inquiries by members of Congress. Ensure policies support over one million Reservists.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

### CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

| a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.) | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

| b.1. ATTRIBUTES (Select 1) | | | | | |
|---|---|---|---|---|---|
| X 1. MENTAL  Fundamental qualities and characteristics  Possesses desire, will, initiative, and discipline | | 2. PHYSICAL  YES NO  Maintains appropriate level of physical fitness and military bearing | | 3. EMOTIONAL  YES NO  Displays self-control; calm under pressure | |

| b.2. SKILLS (Competence) (Select 2) | | | | | |
|---|---|---|---|---|---|
| X CONCEPTUAL  YES NO  Demonstrates sound judgment, critical/creative thinking, moral reasoning | | 2. INTERPERSONAL  YES NO  Shows skill with people; coaching, teaching, counseling, motivating and empowering | | X TECHNICAL  YES NO  Possesses the necessary expertise to accomplish all tasks and functions | |
| | | 4. TACTICAL  Demonstrates proficiency in required professional knowledge, judgment, and warfighting  YES NO | | | |

| b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving | | | | | |
|---|---|---|---|---|---|
| INFLUENCING  Method of reaching goals while operating / improving | 1. COMMUNICATING  YES NO  Displays good oral, written, and listening skills for individuals / groups | X DECISION-MAKING  YES NO  Employs sound judgment, logical reasoning and uses resources wisely | | 2. MOTIVATING  YES NO  Inspires, motivates, and guides others toward mission accomplishment | |
| OPERATING  Short-term mission accomplishment | PLANNING  YES NO  Develops detailed, executable plans that are feasible, acceptable, and suitable | X EXECUTING  YES NO  Shows tactical proficiency, meets mission standards, and takes care of people/resources | | 3. ASSESSING  YES NO  Uses after-action and evaluation tools to facilitate consistent improvement | |
| IMPROVING  Long-term improvement in the Army, its people and organizations | X DEVELOPING  YES NO  Invests adequate time and effort to develop individual subordinates as leaders | BUILDING  YES NO  Spends time and resources improving teams, groups and units; fosters ethical climate | | 9. LEARNING  YES NO  Seeks self-improvement and organizational growth; envisioning, adapting and leading | |

| c. APFT: PASS | DATE: JUN 1999 | HEIGHT: 70 | WEIGHT: 198 | YES |
|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?    YES  NO  X

| DA FORM 67-9, OCT 97 | REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97 | USAPA V2.00 |
|---|---|---|

JUL 08 2002

| NAME WESTCOTT, MALCOLM, B. | SSN ▮▮▮▮ | PERIOD COVERED 19990524 — 20000523 |
|---|---|---|

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| [X] OUTSTANDING PERFORMANCE, MUST PROMOTE | [ ] SATISFACTORY PERFORMANCE, PROMOTE | [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | [ ] OTHER (Explain) |
|---|---|---|---|

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Serving as Rater and Senior Rater in accordance with AR 623-105, paragraph 2-21.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| [X] BEST QUALIFIED | [ ] FULLY QUALIFIED | [ ] DO NOT PROMOTE | [ ] OTHER (Explain below) | f. I currently senior rate ___35___ officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [X] YES [ ] NO (Explain in c) |
|---|---|---|---|---|

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

*CENTER OF MASS*

RO: COL WESTCOTT MALCOLM B

SR: MG PLEWES THOMAS J

DATE: 2002 07 08

TOTAL RATINGS: 61

RATINGS THIS OFFICER: 2

c. COMMENT ON PERFORMANCE/POTENTIAL

In his first year as Deputy Chief, Army Reserve, Colonel Westcott far exceeded my expectations. His strategic insights, political acumen and knowledge of the Army's Planning, Programming, Budgeting and Execution System (PPBES) process are outstanding. As an advocate and protector of Army Reserve equities, Colonel Westcott set the standard for current and future Deputies to be measured against. His vast force development and organization design experience coupled with his insights as a strategic planner have earned him respect and credibility throughout Headquarters Department of the Army, Office of the Secretary of Defense, the Joint Staff, the Department of Defense and with the Congress of the United States. He is an exceptional public speaker and communicator who has earned my total trust and confidence. Promote immediately to Brigadier General, he operates at that level now and has unlimited potential.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

RSC Commander, USARC DCG, MEDCOM Commander

DA FORM 67-9, OCT 97 (Reverse)    USAPA V2.00

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1

**PART I - ADMINISTRATIVE DATA**    703-601-3477

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | | e. BRANCH | f. COMPONENT | g. PMOS/SPEC |
|---|---|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM, B. | | COL | 1996 | 06 | 13 | MS | | 67A |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND
ASGN: USAR CTRL GP (AGR) W0ZAAA ATCH: OCAR, WASHINGTON, DC 20310

| h. REASON FOR SUBMISSION |
|---|
| 05    ANNUAL |

| i. PERIOD COVERED | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATING OFFICIAL COPY (Check one and date) | | n. PSB | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | THRU | | | | | | | | | | |
| Year 2000 | Month 05 | Day 24 | Year 2001 | Month 05 | Day 23 | 12 | | 0 | 1. Given to Officer | | | |
| | | | | | | | | | X 2. Forwarded to Officer | 020617 | FDP | SZ SA01 |

**PART II - AUTHENTICATION** (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | | MG | CH, ARMY RESERVE | [signature] | 020617 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | | MG | CH, ARMY RESERVE | [signature] | 020617 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| Office of the Chief, Army Reserve Washington, DC 20310-2400 | GO | 703-697-1784 | Thomas_Plewes@ocar.army.pentagon.mil |

| | d. This is a referred report, do you wish to make comments? | | e. SIGNATURE OF RATED OFFICER | DATE |
|---|---|---|---|---|
| | ☐ Yes (comments are attached) ☐ No | | [signature] | 020617 |

**PART III - DUTY DESCRIPTION**

a. PRINCIPAL DUTY TITLE  Deputy Chief, Army Reserve     b. POSITION AOC/SC  67A

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES (Refer to Part III, DA Form 67-9-1)
Serves as the Deputy Chief, Army Reserve. Advise the Chief, Army Reserve (CAR) on operational aspects of Office of the Chief, Army Reserve (OCAR), Army Reserve Personnel Command (ARPC), and Full Time Support Management Directorate (FTSMD). Act for the CAR in his absence, ensuring OCAR continues to operate as a full partner in Headquarters Department of the Army and the Department of Defense. Advise the Secretary of Army, Under Secretary of the Army, Chief of Staff, Army, Vice Chief of Staff, Army and HQDA principals on United States Army Reserve (USAR) matters in the absence of the CAR. Appear before various congressional committees for the CAR to justify and defend Army Reserve budget requests and provide information in response to inquiries by members of Congress and their staffs. Ensure policies support over one million Reservists.

**PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM** (Rater)

CHARACTER  Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

b.1. ATTRIBUTES (Select 1)
Fundamental qualities and characteristics

| 1. MENTAL | X YES ☒ NO | 2. PHYSICAL | YES ☒ NO | 3. EMOTIONAL | YES ☒ NO |
|---|---|---|---|---|---|
| Possesses desire, will, initiative, and discipline | | Maintains appropriate level of physical fitness and military bearing | | Displays self-control; calm under pressure | |

b.2. SKILLS (Competence) (Select 2)
Skill development is part of self-development; prerequisite to action

| 1. CONCEPTUAL | YES ☒ NO | 2. INTERPERSONAL | X YES ☒ NO | 3. TECHNICAL | X YES ☒ NO |
|---|---|---|---|---|---|
| Demonstrates sound judgment, critical/creative thinking, moral reasoning | | Shows skill with people: coaching, teaching, counseling, motivating and empowering | | Possesses the necessary expertise to accomplish all tasks and functions | |
| 4. TACTICAL | Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

INFLUENCING
Method of reaching goals while operating / improving

| 1. COMMUNICATING | X YES ☒ NO | 2. DECISION-MAKING | YES ☒ NO | 3. MOTIVATING | X YES ☒ NO |
|---|---|---|---|---|---|
| Displays good oral, written, and listening skills for individuals / groups | | Employs sound judgment, logical reasoning and uses resources wisely | | Inspires, motivates, and guides others toward mission accomplishment | |

OPERATING
Short-term mission accomplishment

| 4. PLANNING | X YES ☒ NO | 5. EXECUTING | YES ☒ NO | 6. ASSESSING | X YES ☒ NO |
|---|---|---|---|---|---|
| Develops detailed, executable plans that are feasible, acceptable, and suitable | | Shows tactical proficiency, meets mission standards, and takes care of people/resources | | Uses after-action and evaluation tools to facilitate consistent improvement | |

IMPROVING
Long-term improvement in the Army, its people and organizations

| 7. DEVELOPING | X YES ☒ NO | 8. BUILDING | YES ☒ NO | 9. LEARNING | X YES ☒ NO |
|---|---|---|---|---|---|
| Invests adequate time and effort to develop individual subordinates as leaders | | Spends time and resources improving teams, groups and units; fosters ethical climate | | Seeks self-improvement and organizational growth; envisioning, adapting and leading |

c. APFT: PASS    DATE: NOV 00    HEIGHT: 70    WEIGHT: 212    YES

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND the SOLDIER
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?    YES ☐ NO ☐ ☒

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

JUL 08 2002

| NAME WESTCOTT, MALCOLM, B. | SSN ▮▮▮ | PERIOD COVERED 20000524 – 20010523 |
|---|---|---|

**PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIGHER POTENTIAL FOR PROMOTION

| ☒ OUTSTANDING PERFORMANCE, MUST PROMOTE | ☐ SATISFACTORY PERFORMANCE, PROMOTE | ☐ UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE | ☐ OTHER (Explain) |
|---|---|---|---|

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART IV, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1.

Serving as Rater and Senior Rater in accordance with AR 623-105, paragraph 2-21.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

**PART VI – INTERMEDIATE RATER**

**PART VII – SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| ☒ BEST QUALIFIED | ☐ FULLY QUALIFIED | ☐ DO NOT PROMOTE | ☐ OTHER (Explain below) |
|---|---|---|---|

I currently senior _____35_____ officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review   ☒ YES   ☐ NO (Explain b of)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**ABOVE CENTER OF MASS**

RO: COL WESTCOTT MALCOLM B
▮▮▮

SR: MG PLEWES THOMAS J
▮▮▮

DATE: 2002 07 06

TOTAL RATINGS: 51

RATINGS THIS OFFICER: 3

c. COMMENT ON PERFORMANCE/POTENTIAL

Colonel Westcott continues to exceed my expectations and is singularly the best officer I have under my command. A consummate leader and gifted speaker, Colonel Westcott is recognized throughout the Department of the Army as a subject matter expert not only on all matters regarding the Reserve Components, but also as a Force Design expert for the Army Staff. I rely on his counsel in determining the best course of action on matters of the greatest importance to the Army Reserve. His strategic insights regularly provide me the necessary inputs to make the Army Reserve the most relevant and ready it ever has been. Tenacious, and completely loyal, he always does what is right for the U.S. Army - without fail! Colonel Westcott possesses vast, untapped potential and can perform now at any level of senior leader responsibility in the Army. Promote to Brigadier General immediately and exploit his expertise to the fullest.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

RSC Commander, USARC DCG, MEDCOM Commander

DA FORM 67-9, OCT 97 (Reverse)      USAPA V2.00

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

*SEE PRIVACY ACT STATEMENT OR DA FORM 67-9-1*

## PART I - ADMINISTRATIVE DATA

**703-601-3477**

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | | e. BRANCH | f. (fields) |
|---|---|---|---|---|---|---|
| WESTCOTT, MALCOLM, B. | | COL | Year 1996 | Mo 06 Day 13 | MS | 67A |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION | |
|---|---|---|
| ASGN: USAR CTRL GP (AGR) W0Z4AA ATCH: OCAR, WASHINGTON, DC 20310 | 05 | ANNUAL |

| i. PERIOD COVERED | | | | | | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | | | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | | | THRU | | | 12 | | | 1. Given to Officer | | Date | PAP | SZ | SA01 |
| Year 2001 | Month 05 | Day 24 | Year 2002 | Month 05 | Day 23 | | | X | 2. Forwarded to Officer | | 020617 | | | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| a. NAME OF RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | | MG | CH. ARMY RESERVE | *[signature]* | 020617 |

| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| PLEWES, THOMAS J. | | MG | CH. ARMY RESERVE | *[signature]* | 020617 |

| SENIOR RATER'S ORGANIZATION | BRANCH | SENIOR RATER TELEPHONE NUMBER | E-MAIL ADDRESS |
|---|---|---|---|
| Office of the Chief, Army Reserve Washington, DC 20310-2400 | GO | 703-697-1784 | Thomas.Plewes@ocar.army.pentagon.mil |

| d. This is a referred report, do you wish to make comments? | | |
|---|---|---|
| No | Yes, comments are attached | Signature of Rated Officer: *[signature]* Wanda E. White   Date 020617 |

## PART III - DUTY DESCRIPTION

| a. PRINCIPAL DUTY TITLE | b. POSITION AOC/SI |
|---|---|
| Deputy Chief, Army Reserve | 67A |

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IV.A, DA FORM 67-9-1

Serves as the Deputy Chief, Army Reserve. Advise the Chief, Army Reserve (CAR) on operational aspects of Office of the Chief, Army Reserve (OCAR), Army Reserve Personnel Command (ARPC), and Full Time Support Management Directorate (FTSMD). Act for the CAR in his absence, ensuring OCAR continues to operate as a full partner in Headquarters Department of the Army and the Department of Defense. Advise the Secretary of Army, Under Secretary of the Army, Chief of Staff, Army, Vice Chief of Staff, Army and HQDA principals on United States Army Reserve (USAR) matters in the absence of the CAR. Appear before various congressional committees for the CAR to justify and defend Army Reserve budget requests and provide information in response to inquiries by members of Congress and their staffs. Ensure policies support over one million Reservists.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader, combination of values, attributes, and skills affecting leader actions.

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART V b.)

| | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in

| b.1. ATTRIBUTES (Select 1) | 1. MENTAL | | 2. PHYSICAL | | 3. EMOTIONAL | |
|---|---|---|---|---|---|---|
| Fundamental qualities and characteristics | X  YES  NO | Possesses desire, will, initiative, and discipline | YES  NO | Maintains appropriate level of physical fitness and military bearing | YES  NO | Displays self-control; calm under pressure |

| b.2. SKILLS (Competence) (Select 2) | 1. CONCEPTUAL | | 2. INTERPERSONAL | | 3. TECHNICAL | |
|---|---|---|---|---|---|---|
| Skill development is part of self-development; prerequisite to action | Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES  NO | Shows skill with people; coaching, teaching, counseling, motivating and empowering | X  YES  NO | Possesses the necessary expertise to accomplish all tasks and functions | X  YES  NO |
| | 4. TACTICAL | Demonstrated proficiency in required professional knowledge, judgment, and warfighting | | | | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INFLUENCING Method of reaching goals while operating / improving | 1. COMMUNICATING | YES  NO | X  2. DECISION-MAKING | YES  NO | 3. MOTIVATING | YES  NO | |
| | Displays good oral, written, and listening skills for individuals / groups | | Employs sound judgment, logical reasoning and uses resources wisely | | Inspires, motivates, and guides others toward mission accomplishment | | |
| OPERATING Short-term mission accomplishment | 4. PLANNING | YES  NO | 5. EXECUTING | YES  NO | 6. ASSESSING | YES  NO | |
| | Develops detailed, executable plans that are feasible, acceptable, and suitable | | Shows tactical proficiency, meets mission standards, and takes care of people/resources | | Uses after-action and evaluation tools to facilitate consistent improvement | | |
| IMPROVING Long-term improvement in the Army, its people and organizations | X  7. DEVELOPING | YES  NO | 8. BUILDING | YES  NO | 9. LEARNING | YES  NO | |
| | Invests adequate time and effort to develop individual subordinates as leaders | | Spends time and resources improving teams, groups and units; fosters ethical climate | | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | | |

| c. APFT: PROFILE | DATE: APR 2002 | HEIGHT: 70 | WEIGHT: 216 | YES |
|---|---|---|---|---|

d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.

| WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? | YES | NO | X |
|---|---|---|---|

**DA FORM 67-9, OCT 97**    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

**JUL 08 2002**

| NAME WESTCOTT, MALCOLM, B. | SSN | PERIOD COVERED 20010524 — 20020523 |

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a.** EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

| ☒ OUTSTANDING PERFORMANCE. MUST PROMOTE | ☐ SATISFACTORY PERFORMANCE. PROMOTE | ☐ UNSATISFACTORY PERFORMANCE. DO NOT PROMOTE | ☐ OTHER *(Explain)* |

**b.** COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV a, b, AND c DA FORM 67-9-1.

Serving as Rater and Senior Rater in accordance with AR 623-105, paragraph 2-21.

**c.** IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

**a.** EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

| ☒ BEST QUALIFIED | ☐ FULLY QUALIFIED | ☐ DO NOT PROMOTE | ☐ OTHER *(Explain below)* |

I currently senior ___35___ officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review. ☒ YES ☐ NO *(Explain in c)*

**b.** POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

> **ABOVE CENTER OF MASS**

RO: COL WESTCOTT MALCOLM B

SR: MG PLEWES THOMAS J

DATE: 2002 07 08

TOTAL RATINGS: 81

RATINGS THIS OFFICER: 4

**c.** COMMENT ON PERFORMANCE/POTENTIAL

Colonel Westcott has continued to distinguish himself as the Deputy Chief, Army Reserve, and as an officer of unparalleled character and competence. Experienced, mature, technically competent and intellectually agile, he has contributed immeasurably to the success and reputation of the Army Reserve. His knowledge of Army planning, programming and budgeting systems and personal stewardship of Army resources have enabled me to achieve unmatched levels of readiness and relevance throughout the Army. He commands the full respect of the United States' most senior leadership. Having earned my complete trust and confidence, he is regularly tasked to defend and advance Army Reserve equities in every venue. Colonel Westcott is a consummate team player, selfless and professional in all respects, the embodiment of Army values. Promote to Brigadier General immediately. Unlimited potential.

**d.** LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

RSC Commander, USARC DCG, MEDCOM Commander

DA FORM 67-9, OCT 97 (Reverse)                    USAPA V3.00