# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MALCOLM BRUCE WESTCOTT,    )
                          )
    Plaintiff,    )
                          )
    v.    )        **Civil Action No. 06-0293 (JR)**
                          )
THE HONORABLE    )
PETE GEREN    )
                          )
    Defendant.    )
_____ )

## STIPULATION OF DISMISSAL

Plaintiff, Malcolm Bruce Westcott, and Defendant, the Honorable Pete Geren, Acting Secretary of the Army, through their respective counsel, hereby stipulate and agree as follows:

1.    The case at bar shall be and hereby is dismissed without prejudice.

2.    The parties agree that each will pay its own fees and costs associated with this action.

3.    The parties agree that the Department of the Army Suitability Evaluation Board and, if required, the Department of the Army Board for the Correction of Military Records, shall give Plaintiff's submissions pertaining to this action due consideration.

4.    This Stipulation shall not constitute, and does not constitute, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of permitting further agency consideration of Plaintiff's claims by the Department of the Army Suitability Evaluation Board and, if required, the Department of the Army Board for the Correction of Military Records.

5.    Execution of this Stipulation by attorneys for Plaintiff and for Defendant, and

filing of this Stipulation with the Court shall constitute a dismissal of this action without

prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Raymond J. Toney
Bar No. NY0066
The Law Offices of Raymond J. Toney
404 Park Avenue South, 14th Floor
New York, NY 10016

David P. Sheldon
D.C. Bar No. 446039
The Law Offices of David P. Sheldon, PLLC
512 8th Street, S.E.
Washington, D.C. 20003
Counsel for Plaintiff

JEFFREY A. TAYLOR, D.C. Bar # 498610
(United States Attorney

RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895
Counsel for Defendant

SO ORDERED.

On this _____ day of _____, 2007.

_____
James Robertson
United States District Judge